## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### IN ADMIRALTY

In the Matter of The Complaint

of

**Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability**

Case No. 3:15-cv-1297-HES-MCR

## ORDER APPROVING AD INTERIM STIPULATION, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on the 30th day of October, 2015, by Plaintiffs Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, as Owner of the S.S. EL FARO (hereafter "Vessel") and TOTE Services, Inc., as Owner *pro hac vice* (hereafter collectively "Plaintiffs") for Exoneration from or Limitation of Liability as provided in 46 U.S.C. §§ 30505-30511 and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for all losses, damages, injuries, deaths, or destruction allegedly resulting from the events referred to in the Complaint on or about October 1, 2015.

And Plaintiffs having deposited with the Court as security for the benefit of claimants, an Ad Interim Stipulation of Value not less than or equal to the amount or value of its interest in the Vessel, pending freight, and the $420 per gross registered ton fund for death claims, as required by the rules of this Court and by the law.

**IT IS ORDERED AND ADJUDGED** that the Ad Interim Stipulation for the value of Plaintiffs' interest in the Vessel, which is zero, pending freight which is $2,072,703.50, and the $420 per gross registered ton funds, which is $13,236,300.00 for death claims, for a total of $15,309,003.50, plus interest of six percent per annum from the date hereof, executed on the 30th day of October, 2015, by Steamship Mutual Underwriting Association Limited, and filed herein by Plaintiffs, be approved as to form, quantum, and surety, and shall stand as security in the interim for all claims in this proceeding.

**IT IS FURTHER ORDERED AND ADJUDGED** that Steamship Mutual Underwriting Association Limited, on behalf of Plaintiffs' interest in the Vessel, pending freight, and $420 per gross registered ton death claim funds, shall pay into the Court, the sum of $15,309,003.50, plus interest of six percent per annum from the date hereof, within ten (10) days from the date hereof.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs and / or any claimant who may properly become a party hereto may contest the amount of value of Plaintiffs' interest in the Vessel, pending freight, and the $420 per gross registered ton fund as fixed in said Ad Interim Stipulation, and pursuant to Supplemental Rule F(7) may move the Court for due appraisal of said interest and may apply to have the amount of said stipulation increased or decreased, as the case may be, on the determination by the Court of the amount or value of said interests.

**IT IS FURTHER ORDERED AND ADJUDGED** that a notice shall be issued by the Clerk of this Court advising and admonishing all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly resulting from the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk of the United States District Court for the Middle District Florida, Jacksonville Division, 300 North Hogan Street, Jacksonville, FL, 32202 on or before the **21st day of December 2015**, and serve on Plaintiffs' attorneys, Holland

2

& Knight LLP, 50 North Laura Street, Suite 3900, Jacksonville, FL, 32202, a copy thereof, or be defaulted. If any claimant desires to contest Plaintiffs' right to exoneration from or limitation of liability, the claimant shall file and serve an answer to the Complaint, in the same manner, on or before said date, unless the claim has included an answer to the Complaint, so designated, or be defaulted.[1]

**IT IS FURTHER ORDERED AND ADJUDGED** that publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in *The Florida Times-Union*, 1 Riverside Avenue, Jacksonville, FL, 32202, a newspaper of general circulation in the Duval County area, once a week for four successive weeks prior to the date fixed for the filing of claims.

**IT IS FURTHER ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding except as set forth herein against Plaintiffs, their owners, the Vessel, her master, crew, employees, or agents, or any other property of Plaintiffs with respect to any claims for which Plaintiffs seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death, or destruction, arising out of the events more fully described in the Complaint, be hereby restrained, stayed, and enjoined until the hearing and determination of this action.[2]

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs, no later than the day of second publication of the notice ordered herein, shall mail a copy of the notice to each decedent at

---

[1] An "Answer, Affirmative Defenses, Counterclaim, and Third Party Complaint" has already been filed in this case by personal representatives of the estates of five of the decedents. (Doc. 7, filed Nov. 2, 2015). Although the filing was premature, the Court will consider it as properly filed.

[2] The Court notes the rarity of issuing an injunction when the Court has only heard from one side of a case. The admiralty rules are unique and call for such a situation. 46 U.S.C. § 30511; Supplemental Rule F(3). The issuance of this Order shall not be construed in any way as a determination of the merits of the underlying issues alleged in the Complaint.

the decedent's last known address, as well as to every person or entity known to have made any claim against Plaintiffs or the Vessel arising out of the events more fully described in the Complaint.

   **DONE AND ORDERED** at Jacksonville, Florida, this ____ day of November, 2015.


                                    HARVEY E. SCHLESINGER
                                    UNITED STATES DISTRICT JUDGE


Copies to:
Chester Hooper, Esq.
George D. Gabel, Jr., Esq.
Lawrence Joseph Hamilton, II, Esq.
Suzanne M. Judas, Esq.
Timothy J. Conner, Esq.
Michael M. Gropper, Esq.
Vincent J. Foley, Esq.
Jason Robert Margulies, Esq.
Andrew T. Kagan, Esq.
Christopher Kagan, Esq.
Elizabeth P. Kagan, Esq.
Michael T. Moore, Esq.
Scott A. Wagner, Esq.
Willie Edward Gary, Esq.
Benjamin Edward Richard, Esq.
Stephen J. Pajcic, Esq.
Thomas Fitzpatrick Slater, Esq.
Eric C. Thiel, Esq.
Clerk of Court, Jacksonville Division

4