**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**IN ADMIRALTY**

**CASE NO. 3:15-cv-1297-HES-MCR**

In the Matter of the Complaint

        Of

Sea Star Lines, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner *pro hac vice* of the
S. S. EL FARO for Exoneration from or
Limitation of Liability

---

**CLAIMS OF ESTES EXPRESS LINES PURSUANT TO**
**RULE F(5), SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS**

---

Claimant, Estes Express Lines ("Estes"), by and through its undersigned attorneys, hereby files its claims for cargo loss, pursuant to this Court's Order [D. E. 10] and Notice [D. E. 11], as follows:

1. Estes and Sea Star, LLC ("Sea Star") entered into a Transportation Services Agreement ("TSA") which was in effect at all times material hereto. A copy of the TSA is attached hereto as Exhibit A.

2. On or before September 29, 2015, Estes tendered two trailer loads of goods to Sea Star, identified by booking number VSSL000222730 and booking number VSSL000222857, for water transport from the Port of Jacksonville, Florida to the Port of San Juan, Puerto Rico, aboard the S. S. El Faro. Estes' bills of lading corresponding to these booking numbers are attached hereto as Composite Exhibit B.

3. Estes' trailer no. 538519, corresponding to booking number VSSL000222730, was carrying $136,358.76 worth of cargo for numerous shippers that were customers of Estes. Copies of supporting commercial invoices are attached hereto as Composite Exhibit C.

3. Estes' trailer no. 538471, corresponding to booking number VSSL000222857, was carrying $246,837.69 worth of cargo for numerous shippers that were customers of Estes. Copies of supporting commercial invoices are attached hereto as Composite Exhibit D.

4. On or about October 1, 2015, the S. S. El Faro, including her crew and all her cargo, was lost in a hurricane. Complaint at ¶ 9 [D. E. 1 at 3]

5. Estes was at all times material hereto a motor carrier engaged in transportation subject to the jurisdiction of the Surface Transportation Board of the U.S. Department of Transportation. As a result, pursuant to 49 U. S. C. § 14706, Estes is liable to all of its shipper-customers for the lost cargo described above in the total amount of $383,196.45.

6. In addition to the lost cargo described above, Estes has lost the use and value of the two trailers tendered to Sea Star, as set forth in paragraph 2 above, as a result of the loss of the S. S. El Faro.

7. The depreciated value of Estes' trailer no. 538519 is $2,500. The depreciated value of Estes' trailer no. 538471 is $2,500.

8. As a result of the foregoing, Estes hereby makes its claim against Sea Star in the total amount of $388,196.45, representing cargo loss in the amount of $383,196.45 and property loss in the amount of $5,000.00.

**I DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 U. S. C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT.**

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Claimant
ESTES EXPRESS LINES
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: (305) 441-7882
Fax: (305) 441-7883
Email: lroberts@lrobertsandassociates.com

By:   */s/ LAWRENCE J. ROBERTS*
          LAWRENCE J. ROBERTS, ESQUIRE
          Florida Bar No.: 343218

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Claimant
ESTES EXPRESS LINES
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: (305) 441-7882
Fax: (305) 441-7883
Email: lroberts@lrobertsandassociates.com

By:   */s/ LAWRENCE J. ROBERTS*
          LAWRENCE J. ROBERTS, ESQUIRE
          Florida Bar No.: 343218

## SERVICE LIST

**In the Matter of the Complaint Of Sea Star Lines, LLC,** *et al.*
**CASE NO. 3:15-cv-1297-HES-MCR**
**United States District Court, Middle District of Florida**

**Notice will be electronically mailed to:**

Holland & Knight LLP
50 North Laura Street
Suite 3900
Jacksonville, FL 32202

*Counsel for Plaintiffs*

W:\ESTES\SEA STAR\LIMITATION ACTION\CLAIM.wpd