UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint

Of                                                                                 Case No. 3:15-cv-1297-HES-MCR

Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, as owner; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. El Faro for Exoneration from or Limitation of Liability.
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## FOR CLAIMANT/DEFENDANT TINA RIEHM

Please take notice of the appearance of STEPHEN J. PAJCIC, III, THOMAS F. SLATER, and BENJAMIN E. RICHARD, of Pajcic & Pajcic, P.A., One Independent Drive, Suite 1900, Jacksonville, Florida 32202, as counsel of record for Claimant/Defendant TINA RIEHM, as Personal Representative of the Estate of JEREMIE H. RIEHM, deceased in the above styled case.

Respectfully submitted,

**PAJCIC & PAJCIC, P.A.**

*/s/ Thomas F. Slater*
_____

>**THOMAS F. SLATER, Esq.**
>Florida Bar No.: 614114
>(Trial Counsel)
>**STEPHEN J. PAJCIC, III, Esq.**
>Florida Bar No.: 143485
>**BENJAMIN E. RICHARD, Esq.**
>Florida Bar No. 13896
>One Independent Drive, Ste. 1900
>Jacksonville, FL 32202
>Telephone:   (904) 358-8881
>Telefax:        (904) 354-1180
>Tom@pajcic.com; Juli@pajcic.com
>Ben@pajcic.com
>*Attorneys for Claimant/Defendant Tina Riehm, as Personal Representative of the Estate of Jeremie H. Riehm, deceased*

[Certificate of Service on Following Page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** than on **November 19, 2015**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record in this case.

**PAJCIC & PAJCIC, P.A.**

*/s/ Benjamin E. Richard*

_____

**THOMAS F. SLATER, Esq.**
Florida Bar No.: 614114
(Trial Counsel)
**STEPHEN J. PAJCIC, III, Esq.**
Florida Bar No.: 143485
**BENJAMIN E. RICHARD, Esq.**
Florida Bar No. 13896
One Independent Drive, Ste. 1900
Jacksonville, FL 32202
Telephone:   (904) 358-8881
Telefax:       (904) 354-1180
Tom@pajcic.com;   Juli@pajcic.com;
Ben@pajcic.com
*Attorneys for Claimant/Defendant Tina Riehm, as Personal Representative of the Estate of Jeremie H. Riehm, deceased*