UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint

Of

Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, as owner; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. El Faro for Exoneration from or Limitation of Liability.

Case No. 3:15-cv-1297-HES-MCR

_____/

## NOTICE OF APPEARANCE OF COUNSEL
## FOR CLAIMANT/DEFENDANT TRACEY HATCH

Please take notice of the appearance of STEPHEN J. PAJCIC, III, MICHAEL S. PAJCIC, and BENJAMIN E. RICHARD, of Pajcic & Pajcic, P.A., One Independent Drive, Suite 1900, Jacksonville, Florida 32202, as counsel of record for Claimant/Defendant Tracey Hatch, as Personal Representative of the Estate of Carey Hatch, deceased in the above styled case.

Respectfully submitted,

**PAJCIC & PAJCIC, P.A.**

*/s/ Michael S. Pajcic*
_____

        **MICHAEL S. PAJCIC, Esq.**
        Florida Bar No. 56664
        (Trial Counsel)
        **STEPHEN J. PAJCIC, III, Esq.**
        Florida Bar No.: 143485
        **BENJAMIN E. RICHARD, Esq.**
        Florida Bar No. 13896
        One Independent Drive, Ste. 1900
        Jacksonville, FL 32202
        Telephone:  (904) 358-8881
        Telefax:       (904) 354-1180
        MPajcic@pajcic.com;
        Ben@pajcic.com Susan@pajcic.com
        *Attorneys for Claimant/Defendant Tracey Hatch, as Personal Representative of the Estate of Carey Hatch*

[Certificate of Service on Following Page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** than on **November 19, 2015**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record in this case.

**PAJCIC & PAJCIC, P.A.**

*/s/ Michael S. Pajcic*
_____
**MICHAEL S. PAJCIC, Esq.**
Florida Bar No. 56664
(Trial Counsel)
**STEPHEN J. PAJCIC, III, Esq.**
Florida Bar No.: 143485
**BENJAMIN E. RICHARD, Esq.**
Florida Bar No. 13896
One Independent Drive, Ste. 1900
Jacksonville, FL 32202
Telephone:  (904) 358-8881
Telefax:     (904) 354-1180
MPajcic@pajcic.com;
Ben@pajcic.com; Susan@pajcic.com
*Attorneys for Claimant/Defendant Tracey Hatch, as Personal Representative of the Estate of Carey Hatch*