UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

In the Matter of The Complaint

               of                              Case No. 3:15-cv-1297-HES-MCR

SEA STAR LINE, LLC d/b/a Tote
Maritime Puerto Rico, as owner, and
TOTE SERVICES, INC., as owner *pro hac vice* of the S.S. EL FARO, for
Exoneration from or Limitation of
Liability.

_____/

**STIPULATION TO TREAT COUNTERCLAIM OF ANNA KRAUSE, BOZENA TRUSZKOWSKA, AGNIESZKA ZDOBYCH, AGNIESZKA NITA, & MALGORZATA PODGORSKA'S AS THEIR CLAIM AND SUSPEND TIME TO RESPOND**

Plaintiffs, SEA STAR LINE, LLC ("SEA STAR") and TOTE SERVICES, INC. ("TOTE") (collectively, "Plaintiffs"), and Counterclaimants, ANNA KRAUSE, as Personal Representative of the Estate of PIOTR KRAUSE, deceased ("KRAUSE"); AGNIESZKA NITA, as Personal Representative of the Estate of MARCIN NITA, deceased ("NITA"); MALGORZATA PODGORSKA, as Personal Representative of the Estate of JAN PODGORSKI, deceased ("PODGORSKI"); BOZENA TRUSZKOWSKA, as Personal Representative of the Estate of ANDRZEJ TRUSZKOWSKI, deceased ("TRUSZKOWSKI"); and AGNIESZKA ZDOBYCH, as Personal Representative of the Estate of RAFAL ZDOBYCH, deceased ("ZDOBYCH") (collectively, "Counterclaimants"), hereby stipulate that Counterclaimants' Counterclaim [Doc. 7] shall stand as Counterclaimants' Claim, pursuant to Supplemental Rule F(5). Plaintiffs and Counterclaimants further stipulate that Plaintiffs' time in which to respond to the claims and

1

assertions in the Counterclaim, assuming a response is deemed to be appropriate, is suspended until the time established by rule or Court Order for responding or objecting to Claims.

Respectfully Submitted this 24th day of November, 2015.

**HOLLAND & KNIGHT LLP**

/s/ George D. Gabel, Jr.
George D. Gabel, Jr.
Florida Bar No. 27220
Suzanne Judas
Florida Bar No. 862037
Timothy J. Conner
Florida Bar No. 0767580
Lawrence J. Hamilton
Florida Bar No. 335691
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 353-2000 (telephone)
(904) 358-1872 (facsimile)

Of Counsel

Chester D. Hooper (BBO #625025)
Michael A. DeIulis (BBO #691495)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700 (telephone)
(617) 526-6850 (facsimile)

Vincent J. Foley (New York Bar 2805117)
HOLLAND & KNIGHT LLP
31 West 52 Street
New York, NY  10019

*Attorneys for Sea Star Line, LLC and Tote Services, Inc.*

                                            LIPCON, MARGULIES,
                                            ALSINA & WINKLEMAN, P.A.
                                            One Biscayne Tower, Suite 1776
                                            2 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Telephone: (305) 373-3016

                                            /s/ Jason R. Margulies*
                                            JASON R. MARGULIES
                                            FL BAR NO. 57916
                                            E-mail: JMargulies@lipcon.com

                                            MICHAEL A. WINKLEMAN
                                            FL BAR NO. 36719
                                            E-mail: MWinkleman@lipcon.com

                                            *Attorneys for Counterclaimants*

                                            * Electronic Signature added with express
                                              Authorization.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record via the CM/ECF system this 24th day of November, 2015.

                                            /s/ George D. Gabel, Jr.
                                            Attorney