UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint            CASE NO. 3:15-cv-01297-HES-MCR

of

Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, as owner; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. El Faro for Exoneration from or Limitation of Liability.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR CLAIMANT/DEFENDANT JACK EDWARD JACKSON

PLEASE TAKE NOTICE that the undersigned counsel, along with Daniel O. Rose, Esquire of Kreindler & Kreindler, LLP, makes this Notice of Appearance as counsel for Claimant/Defendant, Jill Jackson-d'Entremont as Personal Representative of the Estate of JACK EDWARD JACKSON, deceased, in the above-styled cause.

SPOHRER & DODD, P.L.

*/s/ Robert F. Spohrer*
ROBERT F. SPOHRER, ESQUIRE
Florida Bar No.: 184500
701 W. Adams Street, Suite 2
Jacksonville, FL 32204
Telephone: (904) 309-6500
Facsimile: (904) 309-6501
Email: rspohrer@sdlitigation.com
       jheape@sdlitigation.com

and

DANIEL O. ROSE, ESQUIRE
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
Email: drose@kreindler.com
    rparadise@kreindler.com
*Attorneys for Claimant/Defendant*
*Jill Jackson-d'Entremont as Personal*
*Representative of the Estate of Jack*
*Edward Jackson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 7, 2015**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record in this case.

    /s/ Robert F. Spohrer
    Attorney