UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of the Complaint

of                                         CASE NO. 3:15-cv-01297-HES-MCR

SEA STAR LINES, LLC d/b/a TOTE MARITIME
PUERTO RICO, as owners, and TOTE SERVICES, INC.,
As owner pro hac vice of the S.S. EL FARO
for exoneration from or Limitation of Liability

_____/

### ANSWER OF EFOODS, INC. TO VERIFIED COMPLAINT

COMES NOW Claimant, EFOODS, INC., by and through its undersigned attorneys, and files this its Answer to the Verified Complaint, as follows:

1. Admit.

2. Admit venue, without knowledge as to all else.

3. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

4. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

5. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

6. Admit.

7. Admit.

8. Denied.

9. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

10. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

11. Denied.

12. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

13. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

14. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

15. Admit.

16. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

17. Claimant is without knowledge of the allegations set forth herein, demands strict proof thereof, and accordingly denies same.

18. Denied.

WHEREFORE, this Claimant prays the Plaintiff pays their full damages.

## AFFIRMATIVE DEFENSES TO EXONERATION AND LIMITATION

1. Claimant, EFOODS, INC. has filed a Proof of Claim for $121,474.65, and is entitled to be fully paid.

2. Claimant, EFOODS, INC. contests Plaintiff's right to exoneration and limitations,

and prays the Plaintiff's petition for limitation of its liability be denied, and Plaintiff not be granted a limitation or exoneration.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States Mail/electronic transmission, to Holland & Knight LLP, 50 North Laura St., #3900, Jacksonville, Florida 32202 this ___ day of December, 2015.

RAYMOND J. ROTELLA, OF
KOSTO & ROTELLA, P.A.
Post Office Box 113
Orlando, Florida 32802
Telephone: 407/425-3456
Facsimile: 407/423-5498
Florida Bar Number 157951
Rrotella@kostoandrotella.com
Dmeyer@kostoandrotella.com
ATTORNEYS for Claimant, EFOODS, INC.

3