
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of the Complaint

of CASE NO. 3:15-cv-01297-HES-MCR

SEA STAR LINES, LLC d/b/a TOTE MARITIME PUERTO RICO, as owners, and TOTE SERVICES, INC., As owner pro hac vice of the S.S. EL FARO for exoneration from or Limitation of Liability

_______________________________________/

**PROOF OF CLAIM OF EFOODS, INC.**
**PER FED.R.CIV.P. SUPPLEMENTAL ADMIRALTY AND MARITIME CLAIMS RULE F(5)**

Claimant, EFOODS, INC., a Florida corporation, and shipper of food cargo, asserts against the Plaintiff a claim for loss of its food cargo and profits it lost when its customers did not receive the perishable food items due to the sinking of the EL FARO on or about October 2, 2015. The individual items of damages sought by Claimant are:

1) Shipment of perishable cargo, paid to Sea Starlines, LLC $23,528 (see invoices attached as Exhibits "A", "B" and "C")

2) Sale price to customers, therefore lost sales $97,946.65 (see attached Exhibits "D", "E" and "F")

**Total Claim $121,474.65**

EFOODS, INC.

BY: Emerson H. Elliott

TITLE: Pres. / owner

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713898 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 2 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14946 |
| **Image:** | 1 of 3 | **Check Amount:** | 4,678.00 |

E FOODS, INC.
445 OSCEOLA STREET
ALTAMONTE SPRINGS, FL 32701

CNLBank
Orlando, Florida - Heathrow Office
63-1428-631

14946

9/28/2015

PAY TO THE ORDER OF SEA STAR LINE, LLC $ **4,678.00

Four Thousand Six Hundred Seventy-Eight and 00/100****** DOLLARS

Sea Star Line, LLC
PO. Box 409363
Atlanta, GA 30384-9363

MEMO 15-489 INV#227133

AUTHORIZED SIGNATURE

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713898 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 2 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14946 |
| **Image:** | 2 of 3 | **Check Amount:** | 4,678.00 |

**E FOODS, INC.**

ml

14946

SEA STAR LINE, LLC

9/28/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/1/2015 | Bill | 15-489 INV#227133 | 4,678.00✓ | 4,678.00 | | 4,678.00 |
| | | | | | Check Amount | 4,678.00 |

CNL CHECKING BA 15-489 INV#227133 4,678.00

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713898 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 2 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14946 |
| **Image:** | 3 of 3 | **Check Amount:** | 4,678.00 |



Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713899 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 3 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14947 |
| **Image:** | 1 of 3 | **Check Amount:** | 4,678.00 |



E FOODS, INC.
445 OSCEOLA STREET
ALTAMONTE SPRINGS, FL 32701

CNLBank
Orlando, Florida - Heathrow Office
63-1428-631

14947

9/28/2015

PAY TO THE ORDER OF SEA STAR LINE, LLC $ **4,678.00

Four Thousand Six Hundred Seventy-Eight and 00/100****************************** DOLLARS

Sea Star Line, LLC
PO. Box 409363
Atlanta, GA 30384-9363

MEMO 15-465 INV#217627

AUTHORIZED SIGNATURE

Security features. Details on back.

⑈014947⑈ ⑆063114289⑆ 0003044971⑈

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713899 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 3 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14947 |
| **Image:** | 2 of 3 | **Check Amount:** | 4,678.00 |

**E FOODS, INC.**

14947

SEA STAR LINE, LLC

9/28/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 8/28/2015 | Bill | 15-465 INV#217627 | 4,678.00√ | 4,678.00 | | 4,678.00 |
| | | | | | Check Amount | 4,678.00 |

CNL CHECKING BA 15-465 INV#217627 4,678.00

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-0713899 |
| **Deposit Date:** | 10/02/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 3 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14947 |
| **Image:** | 3 of 3 | **Check Amount:** | 4,678.00 |

E Foods, Inc.
445 Osceola Street
Altamonte Springs, FL 32701
ORLANDO FL 328
29 SEP 2015 PM 5 L
ID# 9999 MS: 409363 335956051
M1-2
303849363

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-2195166 |
| **Deposit Date:** | 10/06/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 1 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14971 |
| **Image:** | 1 of 3 | **Check Amount:** | 14,172.00 |

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-2195166 |
| **Deposit Date:** | 10/06/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 1 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14971 |
| **Image:** | 2 of 3 | **Check Amount:** | 14,172.00 |

**E FOODS, INC.**

14971

SEA STAR LINE, LLC

9/30/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/4/2015 | Bill | 15-483 INV#227145 | 4,378.00 | 4,378.00 | | 4,378.00 |
| 9/4/2015 | Bill | 15-490 INV#227138 | 4,378.00 | 4,378.00 | | 4,378.00 |
| 9/4/2015 | Bill | 15-495 INV#230019 | 5,416.00 | 5,416.00 | | 5,416.00 |
| | | | | | Check Amount | 14,172.00 |

CNL CHECKING BA 14,172.00

**Josephine DeAngelis**

## Returned Item Report Copy

**Company:** Sea Star Line LLC
**Requestor :** Josephine DeAngelis
**Run Date:** 10/09/2015 07:52:59 CDT

**As of: 10/08/2015**

**Bank of America, Florida | 063100277**

005483989989 | Sea Star Line LLC Operating Account | USD | As of: 10/08/2015

**Detail Debits**

| Transaction | Amount | Bank Ref |
|---|---|---|
| **Deposited Item Return Debit (555)** | 14,172.00 | 941110085176171 |

| Text | RETURN ITEM CHARGEBACK |
|---|---|

Best regards,

**Josephine DeAngelis** | Accounts Receivable Associate – TOTE Maritime Puerto Rico | **TOTE**
10550 Deerwood Park Blvd., Suite 509 Jacksonville, FL 32256 | O: 904.855.1260 ext 1088 | www.toteinc.com

Back to Table of Contents

| | | | |
|---|---|---|---|
| **Transaction Type:** | Check | **Transaction ID:** | G-2195166 |
| **Deposit Date:** | 10/06/2015 | **Remitter Name:** | - |
| **Deposit Cut:** | 07:00 | **Sequence Number:** | 1 |
| **Lockbox Number:** | 409363 | **Account Number:** | 3044971 |
| **Bank Batch Number:** | 1 | **Check Number:** | 14971 |
| **Image:** | 3 of 3 | **Check Amount:** | 14,172.00 |

E Foods, Inc.
445 Osceola Street
Altamonte Springs, FL 32701
ID# 9999 MS:



445 Osceola Street
Altamonte Springs,FL
32701

INVOICE DATE 9/29/2015

# INVOICE 15-545

SOLD TO

BEC CORPORATION
P.O. Box 29126
San Juan, PR 00929

SHIP TO

EMPACADORA HILL BROTHERS
P.O. Box 29126
San Juan, PR 00929

| BOOKING# | TERMS | SALESMAN | SHIP DATE | SHIPPED VIA: | SHIPPING INFO: |
|---|---|---|---|---|---|
| vssl000227160 | 10 DAYS - C & F | CAR | 9/29/2015 | SEA STAR | segu9071088 |

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| PEPPER, CUBANELLE (USA) | 1,372 | 23.85 | 32,722.20 |
| POTATO, 10x5# (USA) | 5 | 16.85 | 84.25 |
| RECORDER | 1 | 23.50 | 23.50 |
| PALLET | 21 | 8.00 | 168.00 |

ITN : X20150928385640

DISCLAIMER: Suitable shipping conditions apply, except for moldy stem, decay stem, and abnormal discoloration.

**Total Amount $32,997.95**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Additional Terms: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary.

PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (407) 830-9498 | (407) 831-0170 | sissy@efoodsinc | www.efoodsinc.com |

EXHIBIT
D



E Foods Inc.

445 Osceola Street
Altamonte Springs,FL
32701

INVOICE DATE 9/29/2015

# INVOICE 15-543

SOLD TO

SUPERMERCADOS ECONO
1428 Calle Rio Danubio
Carolina PR 00983-1728

SHIP TO

SUPERMERCADOS ECONO
1428 Calle Rio Danubio
Carolina, PR 00983-1728

| BOOKING# | TERMS | SALESMAN | SHIP DATE | SHIPPED VIA: | SHIPPING INFO: |
|---|---|---|---|---|---|
| vssl000227159 | 10 DAYS - C & F | CAR | 9/29/2015 | SEA STAR | stru9500420 |

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| ONION, WHITE 24x2# (USA) | 294 | 37.35 | 10,980.90 |
| ONION, RED 24x2# (USA) | 42 | 42.35 | 1,778.70 |
| ONION, RED JBO 25# (USA) | 80 | 28.85 | 2,308.00 |
| KIWI, 36VF (NEW ZEALAND) | 110 | 36.85 | 4,053.50 |
| PLUM, BLACK 28LB (ANGELENO) 50CT (USA) | 160 | 39.35 | 6,296.00 |
| HONEYDEW, 8CT (USA) | 70 | 28.85 | 2,019.50 |
| CABBAGE, GREEN (USA) | 70 | 32.85 | 2,299.50 |
| GRAPEFRUIT, PINK 8x5# (USA) | 42 | 38.85 | 1,631.70 |
| GRAPES, WHITE (GREEN), SEEDLESS XL (USA) | 180 | 33.85 | 6,093.00 |
| GRAPES, BLACK XL (USA) | 85 | 33.85 | 2,877.25 |
| POMEGRANATE, 36CT (USA) | 20 | 45.00 | 900.00 |
| POTATO, RED 16/3 LBS, ORGANIC (USA) | 7 | 37.75 | 264.25 |

DISCLAIMER: Suitable shipping conditions apply, except for moldy stem, decay stem, and abnormal discoloration.

**Total Amount**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Additional Terms: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary.

PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (407) 830-9498 | (407) 831-0170 | sissy@efoodsinc.c | .efoodsinc.com |

EXHIBIT E



E Foods Inc.

445 Osceola Street
Altamonte Springs,FL
32701

INVOICE DATE 9/29/2015

# INVOICE 15-543

SOLD TO

SUPERMERCADOS ECONO
1428 Calle Rio Danubio
Carolina PR 00983-1728

SHIP TO

SUPERMERCADOS ECONO
1428 Calle Rio Danubio
Carolina, PR 00983-1728

| BOOKING# | TERMS | SALESMAN | SHIP DATE | SHIPPED VIA: | SHIPPING INFO: |
|---|---|---|---|---|---|
| vssl000227159 | 10 DAYS - C & F | CAR | 9/29/2015 | SEA STAR | stru9500420 |

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| PEPPER, VEG MINI S 12/1# (MEXICO) | 50 | 32.85 | 1,642.50 |
| BOK CHOY, NO TAG 30# (USA) | 1 | 42.85 | 42.85 |
| CABBAGE, NAPPA, NO T 30# (USA) | 4 | 42.85 | 171.40 |
| CHARD, GREEN, SWISS, 12CT (USA) | 3 | 37.85 | 113.55 |
| ORANGE, CARA CARA 15KG (CHILE) | 6 | 46.00 | 276.00 |
| KALE, 12CT (USA) | 5 | 28.85 | 144.25 |
| PEAR, ASIAN, 18CT (USA) | 1 | 30.85 | 30.85 |

ITN : X20150928394043

DISCLAIMER: Suitable shipping conditions apply, except for moldy stem, decay stem, and abnormal discoloration.

**Total Amount $43,923.70**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Additional Terms: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary.

PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (407) 830-9498 | (407) 831-0170 | sissy@efoodsinc.com | www.efoodsinc.com |



445 Osceola Street
Altamonte Springs,FL
32701

INVOICE DATE 9/29/2015

# INVOICE 15-533

SOLD TO

FRIGORIFICO PLAZA AGUADILLA, INC.
ATTN: WILLIAM GONZALES
P.O. Box 1143
Moca, PR 00676

SHIP TO

FRIGORIFICO PLAZA AGUADILLA, INC.
ATTN: WILLIAM GONZALES
Avenida Victoria #459
Aguadilla, PR 00603

| BOOKING# | TERMS | SALESMAN | SHIP DATE | SHIPPED VIA: | SHIPPING INFO: |
|---|---|---|---|---|---|
| vssl000227161 | 10 DAYS - C & F | MSF | 9/29/2015 | SEA STAR | segu9071489 |

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| PEPPER, CUBANELLE, FANCY (USA) | 600 | 22.50 | 13,500.00 |
| PEPPER, CUBANELLE, MIXED (USA) | 600 | 12.50 | 7,500.00 |
| RECORDER | 1 | 25.00 | 25.00 |

ITN : X20150928373778

DISCLAIMER: Suitable shipping conditions apply, except for moldy stem, decay stem, and abnormal discoloration.

**Total Amount $21,025.00**

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Additional Terms: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary.

PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (407) 830-9498 | (407) 831-0170 | sissy@efoodsinc.co[m] | [www.e]foodsinc.com |

EXHIBIT F

emailed 9-29