UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALITY

CASE NO. 3-15-cv-1297-HES-MCR

In the Matter of The Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Brian T. Scarry, Esq. of Horr Novak & Skipp P.A., as counsel for Claimants, Great American Insurance Company of New York and RLI Insurance Company, in the above-styled matter.

Dated this 10th day of December, 2015.

HORR NOVAK & SKIPP P.A.

By: /s/ Brian T. Scarry
Brian T. Scarry, Esq.
Florida Bar No.: 914230
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel: (305) 670-2525
Fax: (305) 670-2526
Email: bscarry@admiral-law.com

and

MALOOF BROWNE & EAGAN LLC
David T. Maloof, Esq.
Thomas M. Eagan, Esq.
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
teagan@maloofandbrowne.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 10th day of December, 2015. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ Brian T. Scarry
**Brian T. Scarry, Esq.**
Florida Bar No.: 914230
HORR NOVAK & SKIPP P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel: (305) 670-2525
Fax: (305) 670-2526
Email: bscarry@admiral-law.com
*Attorneys for Claimants Great American Insurance Company and RLI Insurance Company*

**SERVICE LIST**
**CASE NO.: 3:15-cv-01297-HES-MCR**

George D. Gabel , Jr., Esquire
Jennifer L. Kifer, Esquire
Lawrence Joseph Hamilton, II, Esquire
Suzanne M. Judas, Esquire
Timothy J. Conner, Esquire
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
*Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.*

Thomas K. Equels, Esquire
EQUELS LAW FIRM
860 North Orange Avenue
Orlando, Florida 32801
*Attorneys for Claimant/Third Party Plaintiff KAREN SCHOENLY, personally and as a survivor and Personal Representative of the Estate of HOWARD SCHOENLY, deceased*

Stephen J. Pajcic, III, Esquire
Thomas F. Slater, Esquire
Benjamin E. Richard, Esquire
Michael S. Pajcic, Esquire
PAJCIC & PAJCIC, P.A.
One Independent Drive, Suite 1900
Jacksonville, Florida 32202
*Attorneys for Claimants TINA RIEHM, as Personal Representative of the Estate of JEREMIE H. RIEHM, deceased and TRACEY HATCH, as Personal Representative of the Estate of CAREY HATCH, deceased*

John H. Hickey, Esquire
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131-3504
*Attorneys for Claimant/Third Party Plaintiff EMILY PUSATERE, as Personal Representative of the Estate of RICHARD PUSATERE, deceased and VALMA CHAMPA, as Personal Representative of the Estate of Louis Champa, Jr., deceased*

Vincent J. Foley, Esquire
HOLLAND & KNIGHT LLP
31 W 52nd St
New York, NY 10019
*Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.*

Lawrence J. Roberts, Esquire
LAWRENCE J. ROBERTS & ASSOCIATES, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
*Attorneys for Claimant ESTES EXPRESS LINES*

Michael A. DeIulis, Esquire
Chester D. Hooper, Esquire
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, Massachusetts 02116-3889
*Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.*

Michael P. Hamaway
Mombach, Boyle, Hardin & Simmons, PA
100 NE 3rd Ave., Suite 1000
Ft. Lauderdale, FL 33301-1177
*Attorneys for Patrick John Smith Deceased, Howard Schoenly, Mildred Solar-Cortes as Personal Representative of the Estate of German Solar-Cortes and Tinisha Renee Thomas, as Personal Representative of the Estate of Anthony Shawn Thomas, Deceased*

Lloyd Johnson Sarber , III
Marks Gray, PA
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
*Attorneys for Claimants SAIA Motor Freight Line, LLC*

# SERVICE LIST
## CASE NO.: 3:15-cv-01297-HES-MCR

Judson H. Orrick, Esquire
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, Florida 32301
*Attorneys for Claimant/Third Party Plaintiff KAREN SCHOENLY, personally and as a survivor and Personal Representative of the Estate of HOWARD SCHOENLY, deceased*

Jason R. Margulies, Esquire
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
*Attorneys for Claimants/Third Party Plaintiffs ANNA KRAUSE, as Personal Representative of the Estate of PIOTR KRAUSE, deceased; AGNIESZKA NITA, as Personal Representative of the Estate of M4RCIN NITA, deceased; MALGORZATA PODGORSKA, as Personal Representative of the Estate of JAN PODGORSKI, deceased; BOZENA TRUSZKOWSKA, as Personal Representative of the Estate of ANDRZEJ TRUSZKOWSKI, deceased; and AGNIESZKA ZDOBYCH, as Personal Representative of the Estate of RAFAL ZDOBYCH, deceased, Claudia Aparecida Shultz, as Personal Representative of the Estate of Steven Wink Shultz, deceased*

Robert F. Spohrer
Spohrer & Dodd, PL
Suite 2
701 W Adams St
Jacksonville, FL 32204
*Attorneys for Claimant Jill Jackson-d'Entremont*

Raymond John Rotella
Kosto & Rotella, PA
619 E Washington St
PO Box 113
Orlando, FL 32802-0113
*Attorneys for Claimant EFOODS INC.*

Daniel W. Matlow
Daniel W. Matlow, PA
4600 Sheridan St Ste 300
Hollywood, FL 33021
*Attorneys for Third Party Defendants SHIP OR LAND OPERATIONS AGENCY, INC., MICHAEL DAVIDSON and/or the ESTATE OF MICHAEL DAVIDSON, INTEC MARITIME OFFSHORE SERVICE CORP.*

/s/ Brian T. Scarry, Esq.
Brian T. Scarry, Esq.
Florida Bar No.: 914230
HORR NOVAK & SKIPP P.A.
*Attorneys for Claimants Great American Insurance Company and RLI Insurance Company*