UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint

Of                                                                         Case No. 3:15-cv-1297-HES-MCR

Sea Star Line, LLC, d/b/a/ TOTE
Maritime Puerto Rico, as owner; and
TOTE Services, Inc., as Owner Pro
Of the S.S. EL FARO for
Exoneration from or Limitation of
Liability.
_____/

**NOTICE OF APPEARANCE OF COUNSEL
FOR CLAIMANT/RESPONDENT ADDREISHA SHIRLIEA JONES**

Please take notice of the appearance of Scott A. Wagner of Moore & Company, P.A., 355 Alhambra Circle, Suite 1100, Coral Gables, Florida  33134, as counsel of record for Claimant/Respondent Addreisha Shirliea Jones as Personal Representative of the Estate of Jackie Jones, Jr., deceased in the above-styled case.

Respectfully submitted,

MOORE & COMPANY, P.A.

**/s/ Scott A. Wagner, Esq.**
Scott A. Wagner, Esq.
Florida Bar No. 10244
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
swagner@moore-and-co.com
*Counsel for Claimant/Respondent
Addreisha Shirliea Jones as
Personal Representative of the
Estate of Jackie Jones, Jr., deceased*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY than on December 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record in this case.

**/s/ Scott A. Wagner, Esq.**
Scott A. Wagner, Esq.
Florida Bar No. 10244