UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 3:15-cv-1297-HES-MCR

In the Matter of the Complaint

Of

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner *pro hac vice* of the
S.S. EL FARO for Exoneration from or
Limitation of Liability
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR CLAIMANTS, THOSE CERTAIN UNDERWRITERS (SYNDICATE 1955, SYNDICATE 2987, SYNDICATE 1183 AND SYNDICATE 0457) SUBSCRIBING TO POLICY # B0180 PC1422840 AS SUBROGEE OF DEL VALLE BRANDS, INC. AND f/u/b/o DEL VALLE BRANDS, INC.**

PLEASE TAKE NOTICE that the undersigned counsel makes this Notice of Appearance as counsel for Claimants, Those Certain Underwriters (Syndicate 1955, Syndicate 2987, Syndicate 1183 and Syndicate 0457) Subscribing to Policy #B0180 PC1422840 as Subrogee of Del Valle Brands, Inc. and f/u/b/o Del Valle Brands, Inc., in the above-styled cause.

Dated this 14th day of December, 2015.

RUMRELL, MCLEOD & BROCK, P.A.

_____
LINDSEY C. BROCK III, ESQ.
Fla. Bar #971669
Primary E-Mail: lindsey@rumrelllaw.com
Secondary E-Mail: kristen@rumrelllaw.com
24 Cathedral Place, Suite 504
St. Augustine, Florida 32084
(904) 996-1100 Office Telephone
**Attorney for Those Certain Underwriters (Syndicate 1955, Syndicate 2987, Syndicate 1183 and Syndicate 0457) Subscribing to Policy #B0180 PC1422840 as Subrogee of Del Valle Brands, Inc. and f/u/b/o Del Valle Brands, Inc.**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 14th, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

_____
Attorney