UNITED STAES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.:  3:15-cv-1297 HES/MCR

In the Matter of The Complaint

       of

Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Servies, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability,

_____/

## NOTICE OF APPEARANCE

The Clerk of the above-styled court will please enter the appearance of BRIAN T. SCARRY, ESQ., of the law firm of HORR, NOVAK & SKIPP, P.A., Two Datran Center, Suite 1700, 9130 South Dadeland Boulevard, Miami, FL 33156, as Counsel for the Claimant, THE CONTINENTAL INSURANCE COMPANY, in connection with any and all proceedings in the above-styled cause.  Please forward all pleadings, proceedings, papers and/or correspondence generated in this cause to the undersigned as counsel, at the address as set forth below.

Dated:  December 14, 2015
       Miami, Florida

Respectfully submitted,

  /s/ Brian T. Scarry
**BRIAN T. SCARRY**
Florida Bar No.: 914230
bscarry@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Claimant The Continental Insurance Company***

CASE NO. 3:15-cv-1297 HES/MCR<br>
PAGE 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 14, 2015, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ Brian T. Scarry<br>
<b>BRIAN T. SCARRY</b><br>
Florida Bar No.: 914230<br>
bscarry@admiral-law.com

/1029492/13

HORR, NOVAK & SKIPP, P.A.
TWO DATRAN CENTER, SUITE 1700 - 9130 S. DADELAND BOULEVARD - MIAMI - FLORIDA - 33156

## SERVICE LIST

George D. Gabel, Jr., Esquire
Jennifer L. Kifer, Esquire
Lawrence Joseph Hamilton, II, Esquire
Suzanne M. Judas, Esquire
Timothy J. Conner, Esquire
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
***Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.***

Thomas K. Equels, Esquire
EQUELS LAW FIRM
860 North Orange Avenue
Orlando, Florida 32801
***Attorneys for Claimant/Third Party Plaintiff KAREN SCHOENLY, personally and as a survivor and Personal Representative of the Estate of HOWARD SCHOENLY, deceased***

Stephen J. Pajcic, III, Esquire
Thomas F. Slater, Esquire
Benjamin E. Richard, Esquire
Michael S. Pajcic, Esquire
PAJCIC & PAJCIC, P.A.
One Independent Drive, Suite 1900
Jacksonville, Florida 32202
***Attorneys for Claimants TINA RIEHM, as Personal Representative of the Estate of JEREMIE H. RIEHM, deceased and TRACEY HATCH, as Personal Representative of the Estate of CAREY HATCH, deceased***

Michael A. DeIulis, Esquire
Chester D. Hooper, Esquire
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, Massachusetts 02116-3889
***Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.***

Vincent J. Foley, Esquire
HOLLAND & KNIGHT LLP
31 W 52nd St
New York, NY 10019
***Attorneys for SEA STAR LINE, LLC, etc. and TOTE SERVICES, etc.***

Lawrence J. Roberts, Esquire
LAWRENCE J. ROBERTS & ASSOCIATES, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
***Attorneys for Claimant ESTES EXPRESS LINES***

John H. Hickey, Esquire
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131-3504
***Attorneys for Claimant/Third Party Plaintiff EMILY PUSATERE, as Personal Representative of the Estate of RICHARD PUSATERE, deceased and VALMA CHAMPA, as Personal Representative of the Estate of Louis Champa, Jr., deceased***

Michael P. Hamaway
Mombach, Boyle, Hardin & Simmons, PA
100 NE 3rd Ave., Suite 1000
Ft. Lauderdale, FL 33301-1177
***Attorneys for Patrick John Smith Deceased, Howard Schoenly, Mildred Solar-Cortes as Personal Representative of the Estate of German Solar-Cortes and Tinisha Renee Thomas, as Personal Representative of the Estate of Anthony Shawn Thomas, Deceased***

Judson H. Orrick, Esquire
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, Florida 32301
*Attorneys for Claimant/Third Party Plaintiff KAREN SCHOENLY, personally and as a survivor and Personal Representative of the Estate of HOWARD SCHOENLY, deceased*

Jason R. Margulies, Esquire
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
*Attorneys for Claimants/Third Party Plaintiffs ANNA KRAUSE, as Personal Representative of the Estate of PIOTR KRAUSE, deceased; AGNIESZKA NITA, as Personal Representative of the Estate of M4RCIN NITA, deceased; MALGORZATA PODGORSKA, as Personal Representative of the Estate of JAN PODGORSKI, deceased; BOZENA TRUSZKOWSKA, as Personal Representative of the Estate of ANDRZEJ TRUSZKOWSKI, deceased; and AGNIESZKA ZDOBYCH, as Personal Representative of the Estate of RAFAL ZDOBYCH, deceased, Claudia Aparecida Shultz, as Personal Representative of the Estate of Steven Wink Shultz, deceased*

Brian T. Scarry, Esquire
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
*Attorneys for Claimant The Continental Insurance Company*

Lloyd Johnson Sarber , III
Marks Gray, PA
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
*Attorneys for Claimants SAIA Motor Freight Line, LLC*

Robert F. Spohrer
Spohrer & Dodd, PL
Suite 2
701 W Adams St
Jacksonville, FL 32204
*Attorneys for Claimant Jill Jackson-d'Entremont*

Raymond John Rotella
Kosto & Rotella, PA
619 E Washington St
PO Box 113
Orlando, FL 32802-0113
*Attorneys for Claimant EFOODS INC.*

Daniel W. Matlow
Daniel W. Matlow, PA
4600 Sheridan St Ste 300
Hollywood, FL 33021
*Attorneys for Third Party Defendants SHIP OR LAND OPERATIONS AGENCY, INC., MICHAEL DAVIDSON and/or the ESTATE OF MICHAEL DAVIDSON, INTEC MARITIME OFFSHORE SERVICE CORP.*