TRANSCRIPTION OF EL FARO NEWS VIDEO

DATE TRANSCRIBED:  November 15, 2015

TRANSCRIBED BY:  Maia Randosh, Court Reporter
                 Notary Public, State of Florida

                 Georgia Winegeart & Associates
                 301 West Bay Street, Suite 1450
                 Jacksonville, Florida 32202

INDEX

Uncut:   TOTE Executives Speak (WJXT). . . . . . . . . 3

1       (Video Title) Uncut:  TOTE Executives Speak (WJXT)

2                              - - -

3       SPEAKER 1:  So let me start by saying that

4   this morning we received some news that we had

5   certainly hoped and prayed we wouldn't receive,

6   that after the days of searching and calculations

7   that the Coast Guard -- U.S. Coast Guard had

8   performed, that they reached a conclusion that the

9   El Maro [sic] -- El Faro.  I'm sorry.  I said that

10  again last night.  The El Faro had, in fact, sunk.

11  That, as I said, was not the information that we --

12  any of us had hoped to receive.

13      So as we have remained focused, and our No. 1

14  priority is the families and those that were on

15  board the vessel, we wanted to get the

16  Coast Guard -- further resources from the

17  Coast Guard to be available to you this evening to

18  provide a detailed presentation as to all their

19  investigations and searches that have been done to

20  this point, in order to be able to answer any

21  questions related to the conclusion that they

22  reached that was provided to the families earlier

23  this morning.

24      As I said, our No. 1 priority remains to be

25  those that were on board the vessel, and the

1        families and loved ones that were here tonight,

2        continue to come, to get together, to speak with us

3        on the phone during our regular updates, as well as

4        those that aren't here with us around the country

5        and, candidly, around the globe.  We will continue

6        those updates with the families.

7            But what I must stress to you, although, the

8        conclusion was reached that the vessel has sunk,

9        the Coast Guard has not suspended their operation,

10       their search and rescue operations.  They

11       continue -- that was stressed tonight.  They

12       continue to deploy assets to the areas.  They feel

13       that they've been able to reduce the search areas

14       based on the calculations, and the information that

15       they've gained over the last days.  So they passed

16       that information on to the families tonight, and

17       that will continue tomorrow.

18           REPORTER:  Did the captain explain to you or

19       to someone why they lost the propulsion?  Did he

20       have -- in his communication, did he explain what

21       happened?

22           SPEAKER 2:  No, ma'am, he did not.  The

23       captain did not explain in his communication why he

24       had lost propulsion.  He merely indicated that he

25       had had a navigational incident, that, as I said

1    before, the ship had about a 15 degree list, and he

2    couldn't tell if all that was from the wind

3    conditions or how much of it was from the

4    environmental conditions, versus the free

5    communication that had caused water to enter into

6    the No. 3 hold.  So he did not say why the vessel

7    became disabled in terms of the engineering problem

8    for the propulsion system.

9        REPORTER:  I talked to some people in the

10    industry who say that sometimes captains go out

11    into dangerous waters because they are trying to

12    make a schedule, despite if there's something like

13    a hurricane out there.  Can you comment on that

14    type of speculation?

15        SPEAKER 1:  Well, I'll comment to that.  The

16    No. 1 priority for our company, for TOTE, and for

17    the other operating companies within the umbrella

18    of Saltchuck, is safety.  It always has been, and

19    it always will be the safety of our people, the

20    safety of the environment.  And I can assure you

21    that there is no schedule that's more important to

22    keep than that would in any way endanger the lives

23    of our crew members or employees.

24        REPORTER:  Then why was this ship allowed to

25    sail into a severe weather -- a developing storm

1      that was turning into a hurricane?

2             SPEAKER 1:  Well, I will comment that when the

3      ship sailed on Tuesday evening, the storm was no

4      where near that it was at the time the vessel

5      became disabled.

6             REPORTER:  At what level does a ship come in

7      port?  When would you pull the ship back?  At what

8      level of storm?

9             SPEAKER 2:  First of all, I'd like to just

10     preface that with we place great confidence in our

11     captains and our masters in terms of the voyage

12     planning.

13             And with that said, in the trade route that

14     our ship sailed the Port Rican trade, there are a

15     number of different trade -- navigational trade

16     routes that they can take, depended on the

17     conditions.  As we know, in this time of the year,

18     it's not uncommon to have tropical depressions,

19     tropical storms, and hurricane-condition storms as

20     well.  So we relied upon the best judgement of our

21     masters in their voyage planning, realizing that

22     there are several alternative routes that they can

23     take.  And to speculate on a particular scenario,

24     would just be -- I couldn't do that, because

25     there's just too many different kind of scenarios

1          one could come up with.

2                  REPORTER:  How often was the company in

3          contact and communicating with the captain before

4          they left on the journey?  How often were you

5          talking back and forth about the condition of the

6          storm?

7                  SPEAKER 2:  So the communication we had with

8          the captain was -- he got underway on Tuesday night

9          from Jacksonville.  The -- the ships -- all the

10         ships are required to submit a daily report, a noon

11         position report.  The captain filed his noon

12         position reports as he's required to do.

13                 In addition, on Wednesday morning around

14         10:00 a.m. or so, he sent an email where he

15         indicated that he understood the weather condition

16         that was out in front of him, the location, that

17         he'd been monitoring the track, and that he had a

18         sound plan, that the crew was well-prepared and

19         briefed, and that the weather conditions looked

20         very favorable.

21                 In addition, he had -- and additionally, in

22         that communication, he was communicating about his

23         return trip after he got to San Juan, and was

24         turning around to come back to Jacksonville about

25         what he intended to do for his return trip.  So

1      that was a communication that we had with him, in

2      addition to his noon positionary [sic] report that

3      he sent.

4           He also communicated with his sister ship

5      captain on board the El Yunque on Tuesday, as ships

6      pass each other, generally speaking, within

7      radio-communication distance; one going north, one

8      going south, and the captains, customarily, will

9      talk to each other on the radio and just compare

10     notes.

11          REPORTER:  To your knowledge from the Coast

12     Guard, are there still more life boats, life

13     vessels still unaccounted for where your crew could

14     be?  Is there a life vessel out there?  We know one

15     has been found.  Are there others that are still

16     unaccounted for?

17          SPEAKER 1:  There's only one that has been

18     found.

19          REPORTER:  But there were others on the ship?

20          SPEAKER 1:  There were.

21          REPORTER:  Was it is a life boat or life raft?

22          SPEAKER 2:  It was a life boat.

23          REPORTER:  And would the life boat

24     automatically release?

25          SPEAKER 2:  The life boats on -- two life

1       boats on board the El Faro.  Both of them are

2       mechanical life boats in terms of the davit

3       systems.  And they -- when the davit is released,

4       the boats drop by gravity.

5              REPORTER:  Will you be releasing the captain's

6       emails?

7              SPEAKER 2:  Let me -- so tomorrow the National

8       Transportation Safety Board will begin an

9       investigation of this horrible tragedy.  We will

10      cooperate fully.  In fact, many questions that the

11      family members have will be the same questions --

12      are the same questions that we have.  So they will

13      be on board, and all the information that we have

14      will be made available to them.  We'll make

15      resources available to them; our technical

16      resources, our personnel.  So there will be a full

17      cooperation with NTSB starting tomorrow.

18             (Cross-talk between reporters.)

19             REPORTER:  According to -- according to marine

20      traffic, the ship was traveling almost at max

21      capacity speed, 20 -- 20 knots, and 22 is max

22      capacity.

23             Could that be the reason why he lost

24      propulsion?  I mean, it's an older ship.  I know it

25      had been readmitted and made longer, which may have

1       also been an issue with the (inaudible.)

2            But could that max speed, maybe trying to run

3       out the storm, have been the reason they lost

4       propulsion?

5            SPEAKER 2:  No, ma'am.  The ship was operating

6       within its normal operating parameters.  That would

7       not have been a cause for the ship losing

8       propulsion.

9            REPORTER:  Was there any history of engine

10      problems with the ship?  Did it have an engine

11      failure?  What is the history of the engine?

12           SPEAKER 2:  The engines have not had any

13      history of engine failure.

14           Again, we can't know for sure.  We can

15      speculate on why the main propulsion was disabled.

16      And that was in connection, we believe, with the

17      fact that the ship had a 15 degree list on it, as

18      the captain said, and the impact that may have had

19      on some auxiliary equipment to the main propulsion.

20           REPORTER:  Is there a sense on the time

21      between the lost propulsion and the time the radio

22      message came in that he had lost propulsion?  How

23      long that period was?

24           SPEAKER 2:  I don't know.  I don't know that

25      answer.  I know what time that he called.  And at

1   the time that he called, he indicated that his --

2   the vessel was disabled.

3       As to whether or not or for how long the

4   vessel may have been disabled before he called, I

5   don't know the answer to that.  I'd only be

6   guessing.  Only the captain knows that.

7       REPORTER:  Is he in the storm when he's

8   disabled, or not yet?

9       SPEAKER 2:  Based on evaluating the position

10  of the ship where the captain reported, he was in

11  the path of the storm.

12      REPORTER:  Does the ship have valve thrusters?

13      SPEAKER 2:  No, sir.

14      REPORTER:  Did the company ever communicate

15  with him or provide him with your input on the

16  potential danger of his trip and potential

17  alternate routes?  Or did you just -- were you just

18  there and you were just receiving that email from

19  him?  Did you take an active role in the potential

20  dangers?

21      SPEAKER 2:  As I said before, the captains in

22  our fleet have a great level of our trust and

23  confidence, and they're the ones that we allow to

24  do the voyage planning.

25      If the captain has a question or a concern

1    regarding a deviation, he will or she will,

2    depending if they were captain, will inform a home

3    office.

4         REPORTER:  Does the company have the ability

5    to stop the captain?

6         SPEAKER 2:  Does the company have the

7    ability --

8         REPORTER:  Can you guys override him as the

9    captain of the ship?

10        SPEAKER 2:  We certainly can.

11        SPEAKER 1:  Absolutely.

12        SPEAKER 2:  We certainly can.

13        REPORTER:  Why didn't anybody?

14        SPEAKER 2:  And if a decision -- a particular

15   scenario came up like that where there was

16   interaction from the company, that would be

17   something that -- told Maritime, Puerto Rico, would

18   work with the vessel manager, and the vessel

19   manager would work with the owner to determine the

20   decision on that.

21        REPORTER:  Basically, what they're asking is

22   if anybody from the company ever said, "Hey, man.

23   That looks like it's right in the path of this

24   hurricane.  Shouldn't you go this other way?"  Did

25   that conversation take place?

1          (Cross-talk between reporters.)

2          SPEAKER 2:  As I have conveyed before, the

3     captain laid out his plan and had given his plan.

4     And given what he had in the way of information

5     about the weather system, his plan was a sound plan

6     that would have enabled him to clearly pass around

7     the storm with a margin of comfort that was

8     adequate in his professional opinion.

9          (Cross-talk between reporters.)

10         REPORTER:  Why do you think that?  Because the

11    projections were all over the place about that

12    storm.  It wasn't like the line was here, it was

13    this way, it was that way.  It was very

14    unpredictable predictions at that point.  So why

15    are you saying it was (inaudible), he could have

16    passed that?

17         SPEAKER 2:  Based on the information that the

18    captain had available to him with the weather

19    information he was receiving, not only prior to

20    entering Jacksonville from his northbound leg, but

21    as he was in port and this storm system developed,

22    which, as we all know, it went from a very -- from

23    nothing to a tropical depression to a tropical

24    storm and then a Category 1 very quickly, the

25    captain had been monitoring that storm.  It was a,

1      you know, through his systems and the information

2      he was receiving.

3           And so based on that in terms of the proximity

4      of the storm and his track that he had planned down

5      to Puerto Rico, his information and the best

6      information that he had based on the projected

7      track of the storm showed that his track was a safe

8      one for the voyage that he planned.

9           REPORTER:  Are you placing all the

10     responsibility for this on the captain?

11          SPEAKER 2:  I think that we all share the,

12     certainly, the devastation of this event happening.

13     And I think we all share with the families, we

14     share with the crew, we share with the officers.

15          I mean, this was a ship -- and we've been

16     talking about the captain an awful lot, and

17     rightfully so -- but a ship that had a crew that

18     was well-trained, well-credentialed, and

19     professionals in what they do at sea.

20          (Cross-talk.)

21          REPORTER:  (Inaudible.)

22          SPEAKER 1:  But -- let -- I'm sorry.  If I

23     may -- may I also answer that question?

24          I'm the president and the CEO of TOTE.  So the

25     responsibility ends with me.  We put tremendous

1       trust in our captains and our crews and all our

2       employees, whether they are at land -- on land or

3       at sea.

4            But in the end, the responsibility comes to

5       me.  We want to know, as I mentioned earlier, where

6       we're looking forward to the opportunity to have

7       the NTSB come in and work together collaboratively

8       with the Coast Guard, as well to find out what

9       happened.  We don't have all the answers.  I'm

10      sorry for that.  We wish we did.  But we will find

11      out what happened.

12           (Cross-talk between reporters.)

13           REPORTER:  Can we clarify how much time the

14      ship was stalled?  So was it kind of, like, sitting

15      there?  They would have been fine if they just

16      stalled, and the mess wouldn't have occurred?

17           REPORTER:  Does the company have a procedure

18      for when propulsion has ended?  Like, if you lose

19      control or lose propulsion, is there a procedure to

20      contact the company immediately, or is there

21      anything like that?

22           REPORTER:  How long were they sitting there?

23           SPEAKER 2:  So let's go back to your question

24      first.  And we don't know how long that he -- the

25      vessel may have been disabled before he called the

1       home office on Thursday morning.

2            With respect to a vessel that loses power, and

3       it becomes without its propulsion, the vessel crew

4       will seek to, obviously, restore the propulsion.

5       Many things can cause that, depending on what the

6       engineering problem was.  Depending -- sometimes

7       vessels will lose power, and the power can be --

8       the propulsion power can be restored very quickly.

9       Other times, it may take several hours.  And the

10      captains, generally speaking, depending on the

11      nature of that engineering casualty, will

12      communicate that back to home office.

13           REPORTER:  We've consistently heard from

14      families today and the seamen that the ship should

15      have never sailed, or at the very least it should

16      have sheltered.  What did you tell the families

17      tonight when that came up?

18           SPEAKER 2:  Well, I think that one of the

19      things that we all have -- we feel strongly about

20      is what will come out of the National

21      Transportation Safety Boards investigation.  I

22      think we all want to understand what happened.  And

23      that's important for us.  We all want to -- we all

24      want to know, and I think that that investigation

25      will lend tremendous insight into that.  So that's

1      the first thing.

2          And then as far, again, as the families have

3      expressed, we have tried to lay out with as much

4      transparency on detail the communication that the

5      captain had, and his -- his plan for the voyage

6      track.  I think what's regrettable in this is the

7      fact that the vessel did become disabled in the

8      path of the storm, and that is what led to,

9      ultimately, the tragedy.

10         REPORTER:  What were the Polish workers

11     repairing?

12         SPEAKER 2:  The Polish workers were not on

13     board to repair anything.  They were on board in

14     prepar -- to help prepare the ship for an upcoming

15     period at the Grand Bahama ship yards, where she

16     was to be -- have some conversion work done on her

17     for moving into the West Coast Alaska trade.  So

18     what -- they were doing some preparatory work to

19     support that, but nothing that was related to

20     engineering, maintenance, or a problem on board the

21     ship.

22         REPORTER:  Were they working in the engine

23     room?

24         SPEAKER 2:  Yes.  They were working in the

25     engine room.

1          REPORTER:  Could they have done something that

2     affected the propulsion?

3          SPEAKER 2:  I don't believe that, based on the

4     work they were doing, that would have had anything

5     to do with -- that would have affected the

6     propulsion.

7          REPORTER:  Is this ship too old to be sailing?

8          SPEAKER 2:  The ship is a ship that is

9     credentialed by the U.S. Coast Guard, obviously,

10    for its safety regulations, and also credentialed

11    by the American Bureau of Shipping for its whole

12    machinery.  It has to go through annual inspections

13    and maintain standards.  And I can tell you the

14    engineering standards we have on board our vessels

15    is very high.

16         REPORTER:  Anthony mentioned nearing of the

17    search area.  Can you release what the size is that

18    they're looking at now?

19         SPEAKER 1:  I would suggest to you possibly

20    contact the Coast Guard, because they have greater

21    specificity to that and could speak to it better

22    than we could.

23         REPORTER:  I had someone tell me today that

24    there was a deadline to get the cargo there by

25    Friday.  Was there a deadline?

1        SPEAKER 3:  As part of their regular, weekly

2    sailing schedule with a Tuesday departure and a

3    Friday arrival -- so there was no deadline.  It was

4    just a sailing schedule that we had.  Anthony noted

5    it well, the safety of our crew always comes first.

6        (Cross-talk between reporters.)

7        REPORTER:  Was there an incentive for the

8    captain to get there by Friday?

9        SPEAKER 3:  There was no incentive.

10       SPEAKER 1:  Absolutely not.

11       SPEAKER 3:  No intensive at all.

12       REPORTER:  Have you changed any policies or

13    procedures about the way the fleet operates as a

14    result of this?

15       SPEAKER 1:  We have not.

16       REPORTER:  Who in the company decides the

17    captain was making any kind of evaluation about the

18    weather and making the decision to go which way to

19    go?  Was he the only one alone in this decision?

20    No -- no one else making decision on this?

21       SPEAKER 2:  In this voyage, for this plan,

22    this plan was developed by the captain.  And his

23    plan was carried forward, and that's how the plan

24    was made and executed.

25       REPORTER:  And no one signs off on it?

1          SPEAKER 2:  The voyage plan was approved by

2     the captain.

3          REPORTER:  Did he tell you something on

4     September 30th that the weather was bad?

5          SPEAKER 2:  On September 30th...

6          REPORTER:  September 30th, I believe.

7          SPEAKER 2:  On September 30th, the captain

8     communicated an email where he indicated his status

9     of the tropical storm -- I think it was on the

10    30th.  I have to go back and verify.

11         So what he communicated was he knew its

12    position, he was comfortable with its track.  He

13    indicated that his plan and that the crew was

14    prepared or had been briefed, and most import -- he

15    also indicated that the weather conditions were

16    favorable.

17         But he also, in that email, was looking

18    forward to his return trip, and already planning

19    for that return trip given his observations of the

20    weather system, and what he -- how he intended to

21    approach his return trip.

22         So, you know, what I think is, you know,

23    relevant here is that the captain was, prior to

24    this voyage, had been observing the weather system

25    that developed.  He had been sensitive to it and

1   aware of it based on the information he had and

2   made his plan accordingly.  And in addition to

3   that, he was already looking at his return trip and

4   his plans for that voyage coming back from San Juan

5   to Jacksonville.

6        (Cross-talk between reporters.)

7        REPORTER:  Nobody in the company had a

8   conversation with him, ever, that there's a storm

9   coming up, it could be dangerous, it can turn in --

10   nobody in the company had that conversation with

11   the captain at all?

12        SPEAKER 2:  Well, at the time that the

13   storm -- that the vessel departed on Tuesday, the

14   weather system was a significant distance away and

15   just really forming.  And the intended track,

16   obviously, is one that nobody had very much history

17   on, other than what would transpire over the

18   ensuing 24 to 36 hours.

19        REPORTER:  So nobody had that conversation?

20        REPORTER:  I understand there's still a search

21   and rescue operation going on, but family did --

22   some family did tell us that you guys did mention

23   "salvage" to try and -- even at this great depth,

24   15,000 feet, we were told by the Coast Guard.  Is

25   that in the plans at all in the future?

1           SPEAKER 1:  No.  The reference to "salvage" is

2      any debris, any equipment that may be found in the

3      area.  We have a responsibility to work with the

4      authorities and attempt to retrieve any equipment

5      that's found for navigational purposes, for

6      environmental purposes.  So that was the reference

7      to "salvage."

8           (Cross talk between reporters.)

9           UNKOWN MALE:  One more question, Donna,

10     please.  Because we still have to get back to the

11     operation center.

12          REPORTER:  Yes.  So the bodies.  The

13     Coast Guard said that there was a body that was

14     spotted but not retrieved, and I know that some

15     families were upset and disappointed in the meeting

16     tonight that their loved one was left behind, and

17     the explanation was given.

18          Last night, you said you had three tug boats

19     in the region.  So obviously, the families want

20     their loved ones, even if it's their bodies back.

21     What's the plan for that?

22          SPEAKER 1:  The -- there was an explanation

23     given by the Coast Guard, and I think I actually

24     commented to that at one point over the past day,

25     that their focus was to see if there were,

1      potentially, survivors in the area.  I think they

2      actually commented that they, being the Coast

3      Guard, that they initially thought they had seen

4      some other -- some body suits, but when they got

5      there, it wasn't there.  That wasn't the case.

6          So in terms of our ability or anyone else's

7      ability to retrieve whatever might be found,

8      including debris or body suits, we will do

9      everything we can.  But I can't give you an answer

10     because I just don't know what the protocol may be

11     because it is still an active search and rescue

12     site.  So when it doesn't become active search and

13     rescue site, then things like that and the ability

14     or responsibility of other parties to go ahead and

15     retrieve what's found, then that becomes a

16     different scenario.

17         REPORTER:  But we're talking people's human

18     remains and families' loved ones, not just suits.

19         SPEAKER 1:  I -- I -- everything we find.

20     Everything we find.  And I'm glad that you bought

21     the fact up, this is -- or whoever said it.  This

22     is still an active search and rescue mission.  The

23     Coast Guard has not stopped searching.

24         And our No. 1 priority, I've said it every

25     time I've come out here, and I will continue to say

1    it -- has been the hopeful return -- safe return of

2    those who were on board, as well as the family

3    members' loved ones that, you know, are hoping for

4    their return as well, as are we.  So that has to be

5    our focus.

6        When -- you know, when it goes to a different

7    stage, then we deal with what we have to deal with

8    at that time, and what abilities we -- become

9    available to us in order to take it to the next

10   stage and be actively involved in that next stage.

11   UNKNOWN MALE:  We have one more question.

12   This gentleman was very patient.

13   REPORTER:  Real quick.  We've established this

14   ship is antiquated.  We established the captain has

15   essentially called -- tracked the weather and made

16   the call.

17       What equipment on board does the captain have

18   to make these educated decisions when it comes to

19   weather?  Does he have the latest up-to-date

20   technology, or is he going by a visual scan?  How

21   does this decision come about?

22   SPEAKER 2:  No.  He has -- he has updated

23   technology, in terms of electronic data that's

24   realtime, and, you know, very, very informative,

25   and more than one in order to compare the data that

1    he has.

2              REPORTER:   Thank you.

3              UNKNOWN MALE:   Okay.   Thank you, guys.   We

4    appreciate it.

5                              - - -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              AFFIDAVIT OF COURT REPORTER

2

3    STATE OF FLORIDA )

4    COUNTY OF DUVAL )

5

6         I, Maia Randosh, Court Reporter, do hereby certify

7    under oath that the attached is a true and accurate

8    transcription of a press conference which occurred on or

9    about October 6, 2015 and that a videotape of this press

10   conference is also available in full at

11   http://www.news4jax.com/president-of-tote-speaks-about-

12   el-faro/35675624; and that the transcript is a true and

13   accurate record of my stenographic notes.  Further

14   affiant sayeth not.

15

16

17              DATED this 10th day of December, 2015.

18

19        _Maia Randosh_____

20              Maia Randosh, Court Reporter

21

22

23

24

25