UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of the Complaint

of                                           CASE NO. 3:15-cv-01297-HES-MCR

SEA STAR LINES, LLC d/b/a TOTE MARITIME
PUERTO RICO, as owners, and TOTE SERVICES, INC.,
As owner pro hac vice of the S.S. EL FARO
for exoneration from or Limitation of Liability

_____

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Joseph F. Rich, Esq. of Cozen O'Connor, as counsel for the Claimants-Defendants, 1) Federal Insurance Company as subrogee of J.C. Penney Corporation, Inc., 2) Continental Insurance Company as subrogee of Goodnight Acquisitions LLC a/k/a Goodnight International Inc., and 3) Goodnight Acquisitions LLC a/k/a Goodnight International Inc. in the above-styled matter.

Dated this 16th day of December, 2015.

COZEN O'CONNOR

By: _____
JOSEPH F. RICH, ESQUIRE
Florida Bar No.: 108569
Cozen O'Connor
200 South Biscayne Blvd., Suite 4410
Miami, Florida 33131
Phone: 786.871.3941
Fax: 786.220.0204
jrich@cozen.com
Attorneys for Defendants/Claimants
Federal Insurance Company as subrogee
of J.C. Penney Corporation, Inc. and
Continental Insurance Company as subrogee
of Goodnight Acquisitions LLC a/k/a
Goodnight International Inc. and Goodnight
Acquisitions LLC a/k/a Goodnight
International Inc

2

OF COUNSEL:
ROBERT W. PHELAN, ESQUIRE
COZEN O'CONNOR
45 Broadway
New York, New York 10006
Phone: 212.908.1274
Fax: 866.850.7490
rphelan@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 16th day of December, 2015. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

COZEN O'CONNOR

By: _____
JOSEPH F. RICH, ESQUIRE
Florida Bar No.: 108569
Cozen O'Connor
200 South Biscayne Blvd., Suite 4410
Miami, Florida 33131
Phone: 786.871.3941
Fax: 786.220.0204
jrich@cozen.com
Attorneys for Defendants
Federal Insurance Company as subrogee
of J.C. Penney Corporation, Inc. and
Continental Insurance Company as subrogee
of Goodnight Acquisitions LLC a/k/a
Goodnight International Inc. and Goodnight
Acquisitions LLC a/k/a Goodnight
International Inc.

OF COUNSEL:
ROBERT W. PHELAN, ESQUIRE
COZEN O'CONNOR
45 Broadway
New York, New York 10006
Phone: 212.908.1274
Fax: 866.850.7490
rphelan@cozen.com

LEGAL\25158698\1

<u>SERVICE LIST</u>
CASE NO.: 3:15-cv-01297-HES-MCR

George D. Gabel, Jr., Esquire
Jennifer L. Kifer, Esquire
Lawrence Joseph Hamilton, II, Esquire
Suzanne M. Judas, Esquire
Timothy J. Conner, Esquire
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
*Attorneys for SEA STAR LINE, LLC,
etc. and TOTE SER VICES, etc.*

Thomas K. Equels, Esquire
EQUELS LAW FIRM
860 North Orange Avenue
Orlando, Florida 32801
*Attorneys for Claimant/Third Party
Plaintiff KAREN SCHOENLY,
personally and as a survivor and
Personal Representative of the Estate of
HOWARD SCHOENLY, deceased*

Stephen J. Pajcic, III, Esquire
Thomas F. Slater, Esquire
Benjamin E. Richard, Esquire
Michael S. Pajcic, Esquire
PAJCIC & PAJCIC, P.A.
One Independent Drive, Suite 1900
Jacksonville, Florida 32202
*Attorneys for Claimants TINA RIEHM,
as Personal Representative of the
Estate of JEREMIE H. RIEHM,
deceased and TRACEY HATCH, as
Personal Representative of the Estate of
CAREY HATCH, deceased*

John H. Hickey, Esquire
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131-3504
*Attorneys for Claimant/Third Party
Plaintiff EMILY PUSATERE, as
Personal Representative of the Estate of
RICHARD PUSATERE, deceased and
VALMA CHAMPA, as Personal
Champa, Jr., deceased*

Vincent J. Foley, Esquire
HOLLAND & KNIGHT LLP
31 W 52nd St
New York, NY 10019
*Attorneys for SEA STAR LINE, LLC,
etc. and TOTE SERVICES, etc.*

Lawrence J. Roberts, Esquire
LAWRENCE J. ROBERTS &
ASSOCIATES, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
*Attorneys for Claimant ESTES
EXPRESS LINES*

Michael A. Delulis, Esquire
Chester D. Hooper, Esquire
HOLLAND & KNIGHT, LLP .
10 St. James Avenue
Boston, Massachusetts 02116-3889
*Attorneys for SEA STAR LINE, LLC,
etc. and TOTE SERVICES, etc.*

Michael P. Hamaway
Mombach, Boyle, Hardin & Simmons,
PA
100 NE 3rd Ave., Suite 1000
Ft. Lauderdale, FL 33301-1177
*Attorneys for Patrick John Smith
Deceased, Howard Schoenly, Mildred
Solar-Cortes as Personal
Representative of the Estate of German
Solar-Cortes and Tinisha Renee
Thomas, as Personal Representative of
the Estate of Anthony Shawn Thomas,
Deceased*

Lloyd Johnson Sarber, III
Marks Gray, PA
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
*Attorneys for Claimants SAIA Motor
Freight Line, LLC*

4

## SERVICE LIST
## CASE NO.: 3:15-cv-01297-HES-MCR

Judson H. Orrick, Esquire
EQUELS LAW FIRM
660 East Jefferson Street
Tallahassee, Florida 32301
*Attorneys for Claimant/Third Party Plaintiff KAREN SCHOENLY, personally and as a survivor and Personal Representative of the Estate of HOWARD SCHOENLY, deceased*

Jason R. Marguiies, Esquire
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
*Attorneys for Claimants/Third Party Plaintiffs ANNA KRAUSE, as Personal Representative of the Estate of PIOTR KRAUSE, deceased; AGNIESZKA NITA, as Personal Representative of the Estate of M4RCIN NITA, deceased; MALGORZATA PODGORSKA, as Personal Representative of the Estate of JAN PODGORSKI, deceased; BOZENA TR USZKO WSKA, as Personal Representative of the Estate of ANDRZEJ TRUSZKOWSKI, deceased; and AGNIESZKA ZDOBYCH, as Personal Representative of the Estate of RAFAL ZDOBYCH, deceased, Claudia Aparecida Shultz, as Personal Representative of the Estate of St Steven Wink Shultz, deceased*

Robert F. Spohrer
Spohrer & Dodd, PL
Suite 2
701 W Adams St
Jacksonville, FL 32204
*Attorneys for Claimant Jill Jacksond'Entremont*

Raymond John Rote I la
Kosto & Rotella, PA
619 E Washington St
PO Box 113
Orlando, FL 32802-0113
*Attorneys for Claimant EFOODS INC.*

Daniel W. Matlow
Daniel W. Matlow, PA
4600 Sheridan St Ste 300
Hollywood, FL 33021
Attorneys for Third-Part Defendants
*SHIP OR LAND OPERATIONS AGENCY, INC. MICHAEL DAVIDSON And/or the ESTATE OF MICHAEL DAVIDSON, INTEC MARITIME OFFSHORE SERVICE CORP.*

/s/ Joseph F. Rich
JOSEPH F. RICH, ESQUIRE
Florida Bar No.: 108569
COZEN O'CONNOR
Attorneys for Defendants
Federal Insurance Company a/s/o
of J.C. Penney Corporation, Inc. and
Continental Insurance Company as subrogee
of Goodnight Acquisitions LLC a/k/a
Goodnight International Inc. and Goodnight
Acquisitions LLC a/k/a Goodnight
International Inc

LEGAL\25158698\1

OF COUNSEL:
ROBERT W. PHELAN, ESQUIRE
COZEN O'CONNOR
45 Broadway, Floor 23
New York, New York 10006
Phone: 212.908.1274
Fax: 866.850.7490
rphelan@cozen.com