UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of The Complaint

      of                                        Case No.: 3:15-cv-1297-HES-MCR

Sea Star Lines, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner pro hac vice of the S.S. EL FARO
for Exoneration form or Limitation of Liability
_____/

**NOTICE OF APPEARANCE**

The Clerk of the Court will please take note the appearance of GJ ROD SULLIVAN, JR., ESQUIRE as counsel for Claimant WILLA YOLANDA CRAWFORD, individually, and as Personal Representative of the Estate of Sylvester Crawford, II, deceased and as Next Friend of Sylvester C. Crawford, III.

Dated this 17th day of December, 2015.

                                               SULLIVAN & COMPANY
                                               */s/ G.J. Rod Sullivan, Jr.*
                                               GJ Rod Sullivan, Jr.
                                               Florida Bar No. 356794
                                               8777 San Jose Blvd.
                                               Suite 803
                                               Jacksonville, FL 32217
                                               (904) 355-6000 Office
                                               (904) 737-0920 Facsimile
                                               rs@fml-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record via the CM/ECF system this 17th day of December, 2015.

                                               */s/ G.J. Rod Sullivan, Jr.*
                                               Attorney