**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**
**IN ADMIRALTY**

In the Matter of The Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner *pro hac vice of* S.S. EL FARO
for Exoneration from or Limitation of
Liability

Case No. 3:15-cv-1297-HES-MCR

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David W. Marston Jr. of Morgan, Lewis & Bockius LLP, files this Notice of Appearance as counsel for Claimant BMW of North America, Inc. in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this case be served upon the undersigned via CM/ECF system.

Dated: December 21, 2015

Respectfully submitted,

*/s/ David W. Marston, Jr.*
David W. Marston Jr.
Florida Bar No.: 111636
dmarston@morganlewis.com
Christopher K. Smith
Florida Bar No. 110438
cksmith@morganlewis.com
Morgan Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, Florida 33131-2339
Telephone:   305.415.3000
Facsimile:   305.415.3001

*Counsel for Claimant BMW of North America , Inc.*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on December 21, 2015, I electronically filed the foregoing Notice of Appearance with the Court's CM/ECF System, which will send a copy to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ David W. Marston Jr.*
　　　　　　　　　　　　　　　　　　　　David W. Marston Jr.