UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of The Complaint

of                                                  CASE NO. 3:15-cv-1297-HES-MCR

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner pro hac vice of the S.S. EL
FARO for Exoneration from or Limitation of
Liability
_____

## CLAIM AND ANSWER OF GARGIULO, INC.

Claimant Gargiulo, Inc. ("Gargiulo") responding to the allegations of Plaintiff's Complaint and filing a claim pursuant to Rule F of the Supplemental Rules for Admiralty or Maritime Claims, denies any allegations not specifically admitted and by stating:

## ANSWER

1.    Admitted.

2.    Admitted

3.    Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 3 and therefore denies the same.

4.    Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 4 and therefore denies the same.

5.    Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 5 and therefore denies the same.

6.    Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 6 and therefore denies the same.

7.      Admitted.

8.      Denied.

9.      With regard to the allegations of Paragraph 9, Gargiulo admits that the S.S. EL FARO was lost in a storm on or about October 1, 2015.  Gargiulo lacks sufficient knowledge or information to respond to the remaining allegations of that paragraph and therefore denies the same.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 13 and therefore denies the same.

14.     Admitted.

15.     Admitted.

16.     With regard to the allegations of Paragraph 16, Gargiulo admits that Plaintiffs claim exoneration from liability as alleged but deny that Plaintiffs are entitled to such exoneration. The remaining allegations of that paragraph are denied.

17.     With regard to the allegations of Paragraph 17, Gargiulo denies that Plaintiffs are entitled to limit their liability in any way.   The remaining allegations of that paragraph are denied.

18.     Gargiulo lacks sufficient knowledge or information to respond to the allegations of Paragraph 18 and therefore denies the same.

19.     The requests of Plaintiff's prayer for relief are denied.

20.     Each and every allegation of Plaintiff's Complaint not specifically admitted herein is denied.

## CLAIM

21.     Pursuant to the Court's Order (Docket #10) and Notice (Docket #11), Gargiulo files this claim for cargo loss.

22.     In or about September 2015, Gargiulo and Sea Star Line, LLC ("Sea Star") entered into an agreement for the shipping of goods from the Port of Jacksonville, Florida to Puerto Rico which was in full force and effect at all times relevant to this claim.

23.     On or about October 1, 2015, Gargiulo tendered two ocean containers of goods to Sea Star, identified as container numbers IKSU4336053 ("6053") and STRU4095726 ("5726"), for transport by Sea Star as a water carrier from the Port of Jacksonville, Florida to the Port of San Juan, Puerto Rico, aboard the S.S. EL FARO.  Each container contained cargo which was sold or consigned by Gargiulo to Gargiulo Farms Inc. and was being transported under Bills of Lading issued by Sea Star for each ocean container.

24.     The container identified as 6053 had a value to Gargiulo and its customer/consignee of $38,785.17.  True and accurate copies of the Sea Star Bills of Lading and the Gargiulo documentation for the goods transported under booking number 6053 are attached hereto as Exhibit "A".

25.     The container identified as 5726 had a value to Gargiulo and its customer/consignee of $64,800.00.  True and accurate copies of the Sea Star Bills of Lading and the Gargiulo documentation for the goods transported under booking number 5726 are attached hereto as Exhibit "B".

26.    On or about October 1, 2015, the S.S. EL FARO and all her crew and cargo, including all cargo tendered by Gargiulo to Sea Star, were lost in a hurricane.

27.    Gargiulo is or may be liable to its customer/consignee for the cargo loss described above, in the total amount of $103,585.17 plus freight of $5,686.00 for a total of $109,271.17.

28.    Sea Star d/b/a TOTE Maritime Puerto Rico and/or TOTE Services, Inc. are liable to Gargiulo for the claims asserted herein, and Gargiulo is entitled to a judgment against them, jointly and severally, and hereby makes claim for said judgment and for such other and further relief as the Court deems just and proper.

Dated: December 21, 2015

Respectfully submitted,

s/Dennis M. Campbell
Dennis M. Campbell (Fla. Bar No. 217527)
Email: dcampbell@campbelllawfirm.net
95 Merrick Way, Suite 514
Coral Gables, FL 33134
Telephone: 305-444-6040
Facsimile: 305-444-6041
*Attorneys for Gargiulo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and served using CM/ECF on December 21, 2015, on all counsel or parties of record on the Service List below.

s/Dennis M. Campbell
Dennis M. Campbell

## SERVICE LIST

Case No. 3:15-cv-1297-HES-MCR

United States District Court, Middle District of Florida in Admiralty

| | |
|---|---|
| George D. Gabel, Jr., Esq.<br>Jennifer L. Kier, Esq.<br>Lawrence Joseph Hamilton, II, Esq.<br>Suzanne M. Judas, Esq.<br>Timothy J. Conner, Esq.<br>Michael M. Gropper, Esq.<br>HOLLAND & KNIGHT, LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202 | Chester Hooper, Esq.<br>Michael A. Delulis, Esq.<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116-3889 |
| Vicent J. Foley, Esq.<br>HOLLAND & KNIGHT, LLP<br>31 W. 52nd Street<br>New York, NY 10019 | Michael P. Hamaway, Esq.<br>MOMBACH, BOYLE, HARDIN &<br>SIMMONS, P.A.<br>100 NE 3 Avenue, Suite 1000<br>Ft. Lauderdale, FL 33301-1177 |
| Thomas Albert Boyd, Esq.<br>BOYD & SUTTER, P.A.<br>6817 Southpoint Parkway, Suite 1801<br>Jacksonville, FL 32216 | Allen K. Von Spiegelfeld, Esq.<br>BANKER LOPEZ GASSLER<br>501 E. Kennedy Boulevard, Suite 1500<br>Tampa, FL 33602-5241 |
| Joseph Frank Rich, Esq.<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard, Suite 4410<br>Southeast Financial Center<br>Miami, FL 33131 | G.J. Rod Sullivan, Jr., Esq.<br>SULLIVAN & COMPANY<br>8777 San Jose Boulevard, Suite 803<br>Jacksonville, FL 32217 |
| Jason Robert Margulies, Esq.<br>LIPCON MARGULIES & ALSINA, P.A.<br>1 Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, FL 33131 | Lawrence J. Roberts, Esq.<br>LAWRENCE J. ROBERTS<br>& ASSOCIATES, P.A.<br>249 Catalonia Avenue<br>Coral Gables, FL 33134 |
| John H. Hickey, Esq.<br>Brett Douglas Sager, Esq.<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131 | Thomas K. Equels, Esq.<br>Judson H. Orrick, Esq.<br>EQUELS LAW FIRM<br>860 N. Orange Avenue, Suite A<br>Orlando, FL 32801 |

| | |
|---|---|
| Stephen J. Pajcic, Esq.<br>Thomas Fitzpatrick Slater, Esq.<br>Benjamin Edward Richard, Esq.<br>Michael Sather Pajcic, Esq.<br>PAJCIC & PAJCIC, P.A.<br>1 Independent Drive, Suite 1900<br>Jacksonville, FL 32202 | Lloyd Johnson Sarber, III<br>MARKS GRAY, P.A.<br>1200 Riverplace Boulevard, Suite 800<br>Jacksonville, FL 32207 |
| Robert F. Spohrer, Esq.<br>SPOHRER & DODD, P.L.<br>701 W. Adams Street, Suite 2<br>Jacksonville, FL 32204 | Raymond John Rotella, Esq.<br>KOSTO & ROTELLA, P.A.<br>619 E. Washington Street<br>P.O. Box 113<br>Orlando, FL 32802-0113 |
| Brian T. Scarry, Esq.<br>HORR, NOVAK & SKIPP, P.A.<br>9130 S. Dadeland Boulevard, Suite 1700<br>Miami, FL 33156 | David T. Maloof, Esq.<br>Thomas M. Eagan, Esq.<br>MALOOF BROWNE & EAGAN, LLC<br>411 Theodore Fremd Avenue, Suite 190<br>Rye, NY 10580 |
| Elizabeth P. Kagan, Esq.<br>KAGAN LAW FIRM, PL<br>8191 College Parkway, Suite 303<br>Ft. Myers, FL 33919 | Scott A. Wagner, Esq.<br>MOORE & COMPANY<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134 |
| Lindsey C. Brock, III, Esq.<br>RUMRELL, McLEOD & BROCK<br>9995 Gate Parkway, Suite 400<br>Jacksonville, FL 32246 | Marlin Kareem Green, Esq.<br>BROWN SIMS, PC<br>4000 Ponce de Leon Boulevard, Suite 630<br>Coral Gables, FL 33146 |
| Catherine Popham Decunto, Esq.<br>DURANT & SCHOEPPEL, P.A.<br>6550 St. Augustine Road, Suite 105<br>Jacksonville, FL 32217 | Willie Edward Gary, Esq.<br>GARY, WILLIAMS, PARENTI,<br>WATSON & GARY, PL<br>221 E. Osceola Street,<br>P.O. Box 9005<br>Stuart, FL 34994 |
| Marc Alan Rubin, Esq.<br>SPECTOR RUBIN, P.A.<br>3250 Mary Street, Suite 405<br>Miami, FL 33133 | Jacob J. Munch, Esq.<br>MUNCH & MUNCH, P.A.<br>600 S. Magnolia Avenue, Suite 325<br>Tampa, FL 33606 |

| | |
|---|---|
| Donald E. Christopher, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>200 S. Orange Avenue, Suite 2900<br>Orlando, FL 32802 | Mitchel E. Woodlief, Esq.<br>LAW OFFICES OF<br>MITCHEL E. WOODLIEF<br>225 E. Church Street<br>Jacksonville, FL 32202 |
| Daniel W. Matlow, Esq.<br>DANIEL E. MATLOW, P.A.<br>4600 Sheridan Street, Suite 300<br>Hollywood, FL 33021 | |

428259/1311-1