# THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### IN ADMIRALTY

FILED

2015 DEC 23 PM 1:54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

IN THE MATTER OF THE COMPLAINT

CIVIL NO. 3:15-ev-1297-HES-MCR

of ☐

Sea Star Lines, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services          VERIFIED COMPLAINT
Inc., as Owners pro hac vice of the SS EL
FARO, for Exoneration from or Limitations of
Liability
++++++++++++++++++++++++++++++++

CLAIMS OF RUBEN AQUINO PURSUANT TO

RULE F(5), SUPPLEMENTAL RULES FOR ADMIALTY OF MAITIME CALIMS

Claimant, Ruben Aquino, in a pro se fashion, hereby files its claims for cargo loss, pursuant to this Court's Order (D.E. 10) and Notice (D.E. 11), as follows:

1. Ruben Aquino and Sea Star, LLC ("Sea Star") entered into a Transportation Services Agreement ("TSA") which was in effect at all times material hereto. A copy of the TSA is attached hereto as Exhibit A.

2. On or before September 29, 2015, a vehicle was tendered to Sea Star. Identified by Order ID SSL236901, for water transport from the Port of Jacksonville, Florida to the Port of San Juan, Puerto Rico, aboard the S.S. El Faro. See Exhibit A.

3. The vehicle was a 2011-Ford 150, VIN # 1FTFW1CT0BFC85870, modified,

valued at 20,279.45, approximately.

4. On or about October 1, 2015, the S.S. El Faro, including her crew and all her cargo, was lost in a hurricane.

5. I, Ruben Aquino, at all times material hereto, am a private citizen, and as a result of the foregoing, lost the vehicle, and the profit to be made of at the time it will be re-sell in Puerto Rico. Also, there are several other expenses, damages, losses and costs that I claim relating to the transaction described.

6. As a result of the foregoing, I, Ruben Aquino, hereby make my claim against Sea Star in the total amount of $14,645.40.

I DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. Secc. 1746, THAT THE FOREGOING IS TRUE AND CORRECT.

Respectfully submitted,

In, this 2/ of December, 2015.

CERTIFICATE OF SERVICE☐: I HEREBY CERTIFY that on this same date, the foregoing was filed electronically through the CM/ECF system, which will send notification to the parties to their registered email, addresses.

S/ Rúben Aquino

3935 Blossom Dew Dr.
Kissimmee, FL 34746-1924
raquinodejesus777@yahoo.com