UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of the Complaint

       of                                                Case No. 3:15-cv-01297-HES-MCR

SEA STAR LINES, LLC, d/b/a TOTE
MARITIME PUERTO RICO, as owners,
and TOTE SERVICES, INC. as owner *pro
hac vice* of the S.S. EL FARO for Exoneration
from or Limitation of Liability.

_____

### MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES F. SWEENEY AND WRITTEN DESIGNATION AND CONSENT TO ACT

        Pursuant to Local Rules 2.02 and 3.01, United States District Court, Middle District of Florida, Claimants, Starr Indemnity and Liability Co., and its insureds, as shown on Exhibit A; AGCS Marine Insurance Company and its insureds, as shown on Exhibit B; Zurich American Insurance Company, and its insureds, as shown on Exhibit C; Pfizer Pharmaceuticals, LLC & Pfizer, Inc., as shown on Exhibit D; and, Carraig Insurance Company, Ltd. & Merial, Inc., as shown on Exhibit E, hereby move the Court for an Order permitting attorney James F. Sweeney to appear *pro hac vice* on their behalf as co-counsel.  In support thereof, Claimants state as follows:

        1.     This Motion is made on behalf of attorney James F. Sweeney, Esquire,  of the law firm of Nicoletti Hornig & Sweeney, who maintains an office at 88 Pine Street, New York, New York 10005 (Phone: (212)-220-3830; Facsimile: (212) 220-3780; E-mail address: jsweeney@nicolettihornig.com).

2.      James F. Sweeney, Esquire, of the law firm of Nicoletti Hornig & Sweeney represents Claimants.

3.      James F. Sweeney, Esquire, is admitted as a member in good standing to the Bar of the State of New York and, *inter alia*, to the United States District Court for the Southern District of New York.  There are no disciplinary or suspension proceedings pending against James F. Sweeney, Esquire, in any Court of the United States or of any State, Territory, or Possession of the United States.

4.      James F. Sweeney, Esquire, has not appeared frequently or regularly in cases pending in the United States District Court for the Middle District of Florida and does not maintain a regular practice of law in the state of Florida.

5.      James F. Sweeney, Esquire, is familiar with the Local Rules of this Court, including Rule 2.04 thereof, the Code of Professional Responsibility, and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

6.      Pursuant to Local Rule 2.02(a), James F. Sweeney, Esquire, designates Robert A. Craven, Esquire, and the Law Office of Robert A. Craven, 3637 Fourth St. North, Suite 290, St. Petersburg, Florida 33704, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

7.      Through his signature affixed below, Robert A. Craven, Esquire, of the Law Office of Robert A. Craven hereby consents to such designation.

8.      James F. Sweeney, Esquire, has submitted a Special Admission Attorney Certification form to the Clerk of the Court and paid the requisite fee. (Entered December 15, 2015) As such, James F. Sweeney, Esquire, certifies that he has complied with the fee and email registration requirements of Local Rules 2.02(a) and 2.01(d).

**WHEREFORE**, Claimants respectfully request that the Court enter an order permitting James F. Sweeney, Esquire, to appear before this Court on behalf of Claimants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to him at jsweeney@nicolettihornig.com.

## MEMORANDUM OF LAW

Under Local Rule 2.02, United States District Court, Middle District of Florida, the Court may permit a non-resident attorney to appear on behalf of a party as counsel of record.  Claimants respectfully submit that this Motion should be granted.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, Claimants are unable to confer with all adverse parties, as the parties to this proceeding will not be determined until after the Court's deadline for filing claims.

Dated this 8th day of January, 2016.

s/Robert A. Craven
Robert A. Craven, Esquire
Florida Bar No. 341975
Attorney for Plaintiff
Law Office of Robert A. Craven
3637 Fourth Street North
Suite 290
St. Petersburg, Florida  33704
Phone: (727) 895-5700
Fax: (727) 895-5710
E-mail: r.craven@verizon.net

and

James F. Sweeney, Esquire
NICOLETTI HORNIG & SWEENEY
(admission *pro hac vice* pending)
88 Pine St, 7th Floor
New York, New York 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
jsweeney@nicolettihornig.com

3

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF on the 8th day of January, 2016, which will provide a copy of the foregoing document to all counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure.

s/Robert A. Craven_____
Robert A. Craven, Esquire
Florida Bar No. 341975
Attorney for Plaintiff
Law Office of Robert A. Craven
3637 Fourth Street North
Suite 290
St. Petersburg, Florida  33704
Phone: (727) 895-5700
Fax: (727) 895-5710
E-mail: r.craven@verizon.net

and

James F. Sweeney, Esquire
NICOLETTI HORNIG & SWEENEY
(admission *pro hac vice* pending)
88 Pine St, 7th Floor
New York, New York 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
jsweeney@nicolettihornig.com

# EXHIBIT "A"

**Starr Indemnity & Liability Company's Claims**

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| **Starr Indemnity & Liability Company** | State of Incorporation: Texas Principal of Business: 399 Park Avenue, 24th Fl New York, NY 10022 | See all Entries Below | | | As Subrogated Underwriters |
| | | | | | |
| **Wal-Mart Stores, Inc.** (Starr file: SMSIL0397057) | 702 S.W 8th Street Bentonville, Arkansas 72716 | SSL000235231 | TCLU8150685 | General Store Merchandize | $52,071.00 |
| | | SSL000235232 | CXDU1682755 | General Store Merchandize | $45,765.00 |
| | | SSL000235233 | BHCU4964210 | General Store Merchandize | $48,597.00 |
| | | SSL000235234 | CRSU0408283 | General Store Merchandize | $32,120.00 |
| | | SSL000235235 | FSCU6710760 | General Store Merchandize | $28,115.00 |
| | | SSL000235236 | CRSU0408339 | General Store Merchandize | $40,304.00 |
| | | SSL000235237 | FSCU9483470 | General Store Merchandize | $42,843.00 |
| | | SSL000235238 | FCIU8528170 | General Store Merchandize | $30,597.00 |
| | | SSL000235239 | IKSU4333007 | General Store Merchandize | $49,022.00 |
| | | SSL000235240 | STRU4094627 | General Store Merchandize | $33,412.00 |
| | | SSL000235241 | TCLU8149540 | General Store Merchandize | $51,005.00 |
| | | SSL000235242 | UESU4825409 | General Store Merchandize | $52,616.00 |
| | | SSL000235243 | FSCU9886835 | General Store Merchandize | $40,854.00 |
| | | SSL000235244 | FCIU8042213 | General Store Merchandize | $56,253.00 |
| | | SSL000235245 | STRU6571816 | General Store Merchandize | $56,553.00 |
| | | SSL000235246 | GESU6581606 | General Store Merchandize | $47,961.00 |
| | | SSL000235247 | BHCU4965860 | General Store Merchandize | $32,904.00 |
| | | SSL000235248 | IKSU4522459 | General Store Merchandize | $60,027.00 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | SSL000235249 | BMOU4592933 | General Store Merchandize | $42,632.00 |
| | | SSL000235250 | STRU6576145 | General Store Merchandize | $44,635.00 |
| | | SSL000237647 | STRU9500354 | Frozen Food | $23,980.00 |
| | | SSL000237648 | STRU9501577 | Frozen Food | $21,000.00 |
| | | SSL000237649 | STRU5452900 | Frozen Food | $21,129.00 |
| | | SSL000237650 | STRU9500919 | Frozen Food | $41,908.00 |
| | | SSL000237651 | STRU9500436 | Frozen Food | $40,067.00 |
| | | SSL000237652 | SEGU9071386 | Frozen Food | $40,846.00 |
| | | SSL000237653 | SEGU9070693 | Frozen Food | $36,878.00 |
| | | SSL000237659 | GESU9101193 | Frozen Food | $40,748.00 |
| | | SSL000237660 | SEGU9071030 | Frozen Food | $37,183.00 |
| | | SSL000237661 | GESU9289178 | Frozen Food | $40,402.00 |
| | | SSL000237662 | STRU5817335 | Frozen Food | $34,131.00 |
| | | SSL000237663 | STRU5823831 | Frozen Food | $32,134.00 |
| | | SSL000237664 | GESU9307230 | Frozen Food | $35,893.00 |
| | | SSL000237665 | SEGU9070651 | Frozen Food | $38,770.00 |
| | | SSL000237667 | STRU5452772 | Aerosols | $49,151.00 |
| | | SSL000237668 | STRU9502070 | Meat, Produce, Dairy & Deli | $23,987.00 |
| | | SSL000237669 | STRU9500225 | Aerosols, Meat, Produce, Dairy & Deli | $50,603.00 |
| | | SSL000237670 | STRU9502043 | Aerosols, Meat, Produce, Dairy & Deli | $41,060.00 |
| | | SSL000237671 | STRU9500138 | Meat, Produce, Dairy & Deli | $53,623.00 |
| | | SSL000237672 | STRU95005444 | Aerosols, Meat, Produce, Dairy & Deli | $60,897.00 |
| | | SSL000237678 | GESU9114462 | Meat, Produce, Dairy & Deli | $18,119.00 |
| | | SSL000237679 | GESU9287621 | Aerosols, Meat, Produce, Dairy & Deli | $37,839.00 |
| | | SSL000237680 | SEGU9071405 | Meat, Produce, Dairy & Deli | $77,279.00 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | SSL000237681 | GESU9375743 | Meat, Produce, Dairy & Deli | $21,227.00 |
| | | SSL000237682 | GESU9319251 | Meat, Produce, Dairy & Deli | $22,413.00 |
| | | SSL000237683 | GESU9102878 | Aerosols, Meat, Produce, Dairy & Deli | $42,994.00 |
| | | SSL000237684 | GESU9288356 | Aerosols, Meat, Produce, Dairy & Deli | $78,295.00 |
| | | SSL000237685 | GESU9288989 | Aerosols, Meat, Produce, Dairy & Deli | $86,126.00 |
| | | SSL000237686 | STRU5819488 | Produce Food/ Fresh Flowers | $27,799.00 |
| | | SSL000237687 | GESU9340789 | Produce Food/ Fresh Flowers | $18,234.00 |
| | | SSL000237688 | STRU9500924 | Frozen Food | $43,529 (cost) $63,176.91 (retail) |
| | | SSL000237689 | STRU5452617 | Frozen Food | $44,431.05 (cost) $64,694.21 (retail) |
| | | SSL000237690 | STRU5821232 | Frozen Food | $29,576.12 (cost) $42,789.20 (retail) |
| | | SSL000237693 | GESU9379760 | Dairy/ Deli Food | $41,441.99 (cost) $67,367.79 (retail) |
| | | SSL000237694 | SEGU9217589 | Dairy/ Deli Food | $32,111.47 (cost) $50,832.40 (retail) |
| | | SSL000237695 | SEGU9175734 | Dairy/ Deli Food | $26,652.68 (cost) $36,051.36 (retail) |
| | | SSL000238042 | STRU8332488 | Department Store Merch. | $82,850.44 (cost) $137,031.89 (retail) |
| | | SSL000238043 | STRU4094817 | Department | $46,689.05 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | | | Store Merch. | (cost) $75,655.76 (retail) |
| | | SSL000238044 | STRU6577584 | Department Store Merch. | $41,082.30 (cost) $66,900.03 (retail) |
| | | SSL000238045 | STRU8333756 | Department Store Merch | $97,284.20 (cost) $158,215.06 (retail) |
| | | SSL000238046 | STRU8333817 | Department Store Merch | $84,966.57 (cost) $137,095.20 (retail) |
| | | SSL000238047 | CRSU0406038 | Department Store Merch | $79,096.40 (cost) $128,676.83 (retail) |
| | | SSL000238048 | STRU8331244 | Department Store Merch | $64,815.86 (cost) $104,191.78 (retail) |
| | | SSL000238049 | UESU4813455 | Department Store Merch | $21,014.70 (cost) $33,126.52 (retail) |
| | | SSL000238050 | STRU8333843 | Department Store Merch | $59,517.33 (cost) $99,110.82 (retail) |
| | | SSL000238051 | STRU8333376 | Department Store Merch | $78,366.94 (cost) $126,909.62 (retail) |
| | | SSL000238052 | STRU8332533 | Department Store Merch | $84,527.37 (cost) $137,262.97 (retail) |
| | | SSL000238053 | CAIU9046724 | Isopropanol & Acetone | $58,235.98 (cost) $94,719.04 (retail) |
| | | SSL000238056 | STRU8331861 | Department Store Merch | $69,682.83 (cost) $114,195.52 (retail) |
| | | SSL000238057 | STRU8333761 | Department Store Merch | $65341.91 (cost) $104,628.61 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | | | | (retail) |
| | | SSL000238058 | STRU4093831 | Department Store Merch | $52,454.70 (cost) $84,611.52 (retail) |
| | | SSL000238059 | CRSU0407543 | Department Store Merch | $59,243.29 (cost) $97,379.62 (retail) |
| | | SSL000238061 | STRU8334412 | Department Store Merch | $91,447.42 (cost) $148,537.07 (retail) |
| | | SSL000238063 | UETU5288627 | Department Store Merch | $63,532.65 (cost) $98,835.13 (retail) |
| | | SSL000238064 | STRU8330037 | Department Store Merch & Perfumery, Adhesives, Paint, Isopropanol | $87,520.03 (cost) $142,875.25 (retail) |
| | | SSL000238065 | STRU6576438 | Department Store Merch | $65,941.28 (cost) $108,266.17 (retail) |
| | | SSL000238066 | FSCU9140091 | Department Store Merch | $67,663.21 (cost) $110,220.13 (retail) |
| | | SSL000238067 | STRU6576633 | Department Store Merch | $62,603.78 (cost) $103,085.75 (retail) |
| | | SSL000238068 | CAIU8206962 | Department Store Merch | $68,145.71 (cost) $107,692.36 (retail) |
| | | SSL000238069 | STRU8333062 | Department Store Merch | $83,560.25 (cost) $138,020.02 (retail) |
| | | SSL000238070 | FSCU6847666 | Department Store Merch | $58,154.11 (cost) $101,435.12 (retail) |
| | | SSL000238071 | STRU8332662 | Department Store Merch | $52,835.62 (cost) $88,579.13 (retail) |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | SSL000238072 | TCNU9123439 | Department Store Merch & | $64,486.58 (cost) $101,512.63 (retail) |
| | | SSL000238073 | IKSU4524929 | Department Store Merch | $67,943.45 (cost) $115,074.88 (retail) |
| | | SSL000238074 | CZZU1204269 | Department Store Merch | $66,183.98 (cost) $110,906.79 (retail) |
| | | SSL000238075 | FSCU6163534 | Department Store Merch | $67,738.44 (cost) $108,843.20 (retail) |
| | | SSL000238076 | STRU8333611 | Department Store Merch | $85,114.73 (cost) $142,620.28 (retail) |
| | | SSL000238077 | FCIU8245057 | Department Store Merch | $52616.33 (cost) $82,384.92 (retail) |
| | | SSL000238078 | TCNU9798237 | Department Store Merch | $25,351.41 (cost) $40,475.07 (retail) |
| | | SSL000238080 | FSCU6144703 | Flammable Liquid & Aerosols & Ethanol | $65,271.97 (cost) $110,660.52 (retail) |
| | | SSL000238081 | STRU8333165 | Department Store Merch | $96,238.84 (cost) $157,029.78 (retail) |
| | | SSL000238082 | STRU6571159 | Perfumery, Adhesives, Paint, Isopropanol | $42,670.99 (cost) $72,443.56 (retail) |
| | | SSL000238083 | IKSU4525442 | Department Store Merch | $65,074.63 (cost) $107,771.13 (retail) |
| | | SSL000238084 | GESU6623342 | Department Store Merch | $61,518.60 (cost) $102,838.47 (retail) |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|----------|---------|-------------------------------|------------------|-----------|--------------|
| | | SSL000238085 | BMOU4598783 | Flammable Liquid & Aerosols & Ethanol | $55,359.03 (cost) $88,645.39 (retail) |
| | | SSL000238086 | CRSU9255349 | Flammable Liquid & Tinctures & Aerosols Environmentally Hazardous Substance Liquid | $46,831.95 (cost) $82,973.52 (retail) |
| | | SSL000238088 | STRU8334602 | Department Store Merch & 20 Cases of Oil & 2 CTN of Lighters | $92,019.10 (cost) $149,652.76 (retail) |
| | | SSL000238090 | CRSU0409741 | Department Store Merch | $58,222.17 (cost) $101,534.24 (retail) |
| | | SSL000238091 | CAXU8015187 | Pharmaceutical & products | $54,394.65 (cost) $90,512.72 (retail) |
| | | SSL000238381 | STRU4550537 | Department Store Merch. | $69,806.31 (cost) $118,215.02 (retail) |
| | | SSL000238382 | STRU4094648 | Department Store Merch. | $55,306.57 (cost) $94,387.23 (retail) |
| | | SSL000238383 | STRU8331305 | Department Store Merch. | $86,683.44 (cost) $139,008.55 (retail) |
| | | SSL000238385 | STRU8332929 | Department Store Merch. | $95,740.23 (cost) $153,054.94 (retail) |
| | | SSL000238386 | CZZU0202770 | Hydrogen Peroxide & Aqueous Solution | $59,393.73 (cost) $100,072.48 (retail) |
| | | SSL000238387 | STRU8332641 | Lighters & Oil | $80,287.81 (cost) $134,411.01 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | | | | (retail) |
| | | SSL000235953 | STRU833317 | Fixtures | $24,125.74 |
| | | SSL000229334 | CRSU0408278 | n/a | TBD |
| | | SSL000229335 | STRU6576335 | n/a | TBD |
| | | SSL000232816 | CRSU0409844 | n/a | TBD |
| | | SSL000232817 | UESU4820650 | n/a | TBD |
| | | | | | |
| **AM Retail Group, Inc (GIII Apparel Group)** (Starr File: SMSIL0396741) | 7401 Boone Ave North Brooklyn Park, MN 55428 | (FedEx B/L 354726114-1) Sea Star n/a | n/a | Retail Merchandise | $12,627.70 |
| **The Vitamin Shoppe** (Starr File: SMIL0396632) | 2101 91st Street North Bergen, NJ 07047 | VSSL000228308 | STRU4884576 | Vitamins and Beauty Products | $30,882.56 (as paid by Starr) |
| **Toy R US, Inc** (Starr File: SMSIL0396779) | 1 Geoffrey Way Wayne, NJ 07470 | SSL000232242 | CRSU0411590 (LCL) | Toys & Games; | $127,756.93 (as paid by Starr) |
| **Econocaribe Consolidators** (Starr File: SMSIL0398027) | 2401 NW 69th Street Miami, FL 33147 | SSL0223957 (Econocaribe BL : 09-T88908) | STRU4883219 | Tee-shirts | $17,100.00 (as paid by Starr) |
| **Econocaribe Consolidators** (Starr File: SMSIL0397293) | | SSL0223957 (Econocaribe BL: 09-T42007) | | Air Handling unit | $9,640.80 (as paid by Starr) |
| **Tyson Foods, Inc** (Starr File: SMSIL0396957) | 2200 Don Tyson Parkway Springdale, AR 72765 | SSL000234566 | GESY9344634 | Frozen poultry | $72,705.60 |
| | | SSL000234567 | SEGU 9070878 | Frozen poultry | |
| **Hanesbrands, Inc.** (Starr File: SMSIL0396700) | 1000 East Hanes Mill Road Winston Salem, NC 27105 | SSL000228894 | STRU8334562 | Undergarments | $100,000.00 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|----------|---------|-------------------------------|------------------|-----------|--------------|

# EXHIBIT "B"

**AGCS' Claims**

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Invoice Value |
|---|---|---|---|---|---|
| **Allianz Global Corporate & Specialty Insurance** | Principal of Business: 28 Liberty Street, 37th Floor New York, 10005 | See all Entries Below | | | As Subrogated Underwriters |
| | | | | | |
| **Walgreens** (AGCS File: 20094405) | 304 Wilmot Road Deerfield, IL 60015 | VSSL000230309 | STRU4094967 | Food | $ 67,839 |
| | | VSSL000230326 | CRSU0410228 | Soaps and Food | $ 64,418 |
| | | VSSL000230327 | STRU6576398 | Soaps and Food | $ 69,030 |
| | | VSSL000230328 | UESU4820876 | Soaps and Food | $ 78,160 |
| | | VSSL000230341 | BMOU4594345 | Soaps and Food | $ 52,311 |
| | | VSSL000230342 | CAIU8200970 | Soaps and Food | $68,773 |
| | | VSSL000230347 | FCIU8509720 | Soaps and Food | $ 61,893 |
| | | VSSL000230344 | FSCU6202435 | Soaps and Nail Polish | $ 48,624 |
| | | VSSL000230345 | STRU4093976 | Drinks and Food | $ 61,969 |
| | | VSSL000230346 | TCLU5309942 | Soaps and Food | $ 59,507 |
| | | VSSL000230347 | TCLU8148775 | Soaps and Food | $ 70,068 |
| | | VSSL000238377 | IKSU4531492 | Food, Tea, Cosmetics | $ 75,195 |
| | | VSSL000238378 | IKSU4522042 | Food, Cosmetics and Deodorant | $ 75,887 |
| | | VSSL000238379 | IKSU4527255 | Food, Tea, Cosmetics | $ 79,982 |
| | | VSSL000238380 | STRU6571966 | Food, Tea, Cosmetics | $ 74,824 |
| | | VSSL000230415 | CRSU0408679 | Food, Soaps Cosmetics | $ 76,271 |
| | | VSSL000230416 | CZZU0403184 | Food, Soaps Cosmetics | $ 82,745 |
| | | VSSL000230417 | CZZU0400056 | Food, Tea, Cosmetics | $ 81,721 |
| | | VSSL000230418 | FSCU6965268 | Food, Tea, Cosmetics | $ 60,110 |
| | | VSSL000230419 | GIPU4365815 | Tea and Cosmetics | $ 72,679 |
| | | VSSL000230420 | TCLU8041935 | Food, Tea, Cosmetics | $ 75,569 |
| | | VSSL000230421 | UETU5290521 | Food, Tea, Cosmetics | $ 60,001 |
| | | VSSL000230422 | CRSU0404312 | Food, Cosmetics and Deodorant | $ 67,815 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| | | VSSL000238820 | UESU4825667 | Food, Cosmetics and Deodorant | $ 69,404 |
| | | VSSL000238901 | CZZU023252 | Food, Tea, Cosmetics | $ 72,678 |
| **American Cleanstat, LLC** (AGCS File: 20094242) | 15041 Bake Parkway, Bldg F. , Irvine, CA 92618 | VSSL000228894 | STRU8334562 | Safety Supplies for Manufacturing | $3,706.74 |
| **Bodegas de Compostela, Inc** (AGCS File: 20094285) | Avenida Condado 106, San Juan, PR 00907 | Econocaribe B/L 09-T89128 | STRU4883219 (LCL) | Wine & Beer Glasses | $6,195.46 (as paid by AGCS) |
| **Thermo Fisher Scientific, Inc** (AGCS File: 20094339) | 81 Wyman Street Waltham, MA 02451 | SSL30223959 | STRU4884072 | Medical/ Lab Equipment | $184,732.18 (paid by AGCS) |
| | | SSL30223960 | STRU4886202 | | |
| **C.R. Bard Inc, et al.** (AGCS File: 20094240) | San Geronimo Industrial park Lot #1, Humacao, PR 00791 | Fedex tracking: B/L 3614600500 | STRU6571380 | Pharmaceutical products | $32,583.14 (paid by AGCS) |
| **Coty, Inc** (AGCS File: 20094275) | 350 5th Ave #1501, New York, NY 10118 | SSL00237083 | GESU6212932 | Cosmetics | $107,543.79 ($57,543.79 paid by AGCS) |
| **Henry Schein, Inc.** (AGCS File: 20094441) | Southeast District Center 8691 Jesse B Smith Court Jacksonville, FL 32219 | VSSL00228036 | GESU6623517 | Medical and dental supplies | $51,015.57 (as paid by AGCS) |
| **The Pep Boys – Manny, Moe & Jack** (AGCS File: 20094425) | 3111 W. Allegheny Avenue Philadelphia, PA 19132 | VSSL000229862 | STRU833475 | Tires, auto parts | $122,270.40 |

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim Amount |
|---|---|---|---|---|---|
| **Sally Beauty Supply LLC** (AGCS File: 20094329) | 3001 Colorado Blvd Benton, TC 76210 | n/a | n/a | Households and beauty products | $105,130.88 |
| **Global Brass and Copper Holdings, Inc. d/b/a A.J. Oster** (AGCS File: 20094573) | 475 N. Martingale Road, Suite 1050 Schaumburg, IL 60173 | VSSL000235263 | CRSU0405577 | Electrical equipment | $95,304.00 |
| **General Food Distribution Co.** (AGCS File: 20094288) Insured: B. Fernandez & HNOS) | 1227 Livingston Road, Crossville, TN 38555 | VSSL000224132 / VSSL000224133 | GNIZ045325 / GNIZ045305 | Bakery goods | $108,936.55 |
| **Rainbow USA, Inc.** (AGCS File: 20094261) | 1000 Pennsylvania Avenue Brooklyn, NY 11207 | n/a | STRU4093338 | Wearing apparel | $471,143.03 |
| **Bardes Corporation (Ilsco Corp.)** (AGCS File: 20094516) | 4730 Madison Road, Cincinnati, OH 45227 | n/a | n/a | n/a | $31,991.03 |

# EXHIBIT "C"

**Zurich American Insurance Company's Claims**

| Claimant | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Invoice Value |
|---|---|---|---|---|---|
| **Zurich American Insurance Company** | State of Incorporation: New York<br><br>Statutory Home office:<br>One Liberty Plaza – 165 Broadway, New York, NY 10006<br><br>Principal Place of Business: 1400 American Lane, Schaumburg, Illinois 60196 | See all Entries Below | | | As Subrogated Underwriters |
| **Ingersoll Rand d/b/a Thermo King Corp** (Zurich File #:5730055686) | 800-E Beaty Street Davidson, NC 28036 | VSSL000231043 | STRU8333695 | Refrigeration parts | See Excel Spreadsheet "Recovery for El Faro TOTE sailing 09_29_15 version Nov 11 15" |
| | | VSSL000231044 | STRU8333519 | Refrigeration parts | |
| | | VSSL000233631 | BMOU4597935 | Refrigeration parts | |
| | | VSSL000233634 | STRU8332765 | Refrigeration parts | |
| | | VSSL000233635 | STRU8333606 | Refrigeration parts | |
| | | VSSL000233636 | STRU8334407 | Refrigeration parts | |
| | | VSSL000233637 | STRU8332549 | Refrigeration parts | |
| | | VSSL000233638 | STRU8334710 | Refrigeration parts | |
| | | VSSL000233639 | STRU8331727 | Refrigeration parts | |
| | | VSSL000236387 | STRU3200133 | Powder Coated Guardrail | |

TOTAL CLAIM:

| | |
|---|---|
| Product Value | $421,932.13 |
| Ocean Freight | $19,789.00 |
| Inland Freight | $25,023.72 |
| Forwarder Charges | <u>$4,870.00</u> |
| **Total** | **$471,614.85** |
| Insured Advance | <u>10%</u> |
| Total | $518,776.34 |
| Expedited Freight | $14,376.86 |
| Returnable Packaging | $14,875.56 |
| Overtime | <u>$17,100.00</u> |
| **Total** | **$565,128.76** |

# EXHIBIT "D"

**PFIZER CLAIMS**

| Claimants | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Invoice value |
|---|---|---|---|---|---|
| **Pfizer Pharmaceuticals, LLC & Pfizer, Inc.** (Cunningham & Lindsey #:591059732356) | Pfizer's State of Incorporation: Delaware<br><br>Pfizer's Principal Place of Business: 235 East 42nd Street New York, NY 10017 | VSSL000238347 | ISKU4524868 | Ibuprofen | $131,968.77 |
|  |  | VSSL000235812 | SEGU9175930 | Gel Caps | $84,048.10 |
|  |  | VSSL000235808 | SEGU9176875 | Gel Caps | $157,477.05 |
|  |  | n/a | BMOU459936 (LTL) | Corrugated Boxes | $14,247.90 |
|  |  | VSSL000228718 | CRSU925446 (LTL) | Vinyl Films | $14,325.00 |
|  |  | VSSL000228036 | GESU6623517 (LTL) | Envelopes | $2,000.00 |

**TOTAL**:

$404,066.82 (Invoice value)

$444,375.27 (Insured Value)

# EXHIBIT "E"

**Carraig Insurance Co.'s claims**

| Claimants | Address | Sea Star B/L or Booking Number | Container Number | Commodity | Claim amount |
|-----------|---------|-------------------------------|------------------|-----------|--------------|
| **Carraig Insurance Company Ltd. & Merial, Inc** (Reck&Co. File #:553/53091) | Carraig's State of Incorporation: Ireland<br><br>Carraig's Principal Place of Business: Montagu Pavilion 8-10 Queensway, Gibraltar | VSSL000237466 | CAIL8199903 | Veterinary Medicine | $555,327.24 |
| | Merial's Principal Place of Business: 3239 Satellite Blvd Duluth, GA 30096 | VSSL000237461 | CESL6210230 | Veterinary Medicine | $1,089,491.22 |

Invoice Value – 1,644,818.46

Insured Value + 10% - 1,809,300.31