UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

In the Matter of the Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner pro hac vice of the S.S. EL
FARO for Exoneration from or Limitation of
Liability

CASE NO. 3:15-cv-1297-HES-MCR

## CLAIMANT, GARGUILO, INC.'S NOTICE OF WITHDRAWAL OF ITS CLAIM

COMES NOW, Claimant, GARGUILO, INC., by and through its undersigned attorney, gives notice to the Court that its claim against SEA STAR, LLC, d/b/a TOTE MARITIME PUERTO RICO, as Owners; and TOTE SERVICES, INC., as OWNER PRO HAC VICE of the S.S. EL FARO, has been completely settled and pursuant to that settlement, GARGUILO, INC. hereby withdraws its claim.

Dated: January 19, 2016

Respectfully submitted,

s/Dennis M. Campbell
Dennis M. Campbell (Fla. Bar No. 271527)
Email: dcampbell@campbelllawfirm.net
95 Merrick Way, Suite 514
Coral Gables, FL 33134
Telephone: 305-444-6040
Facsimile: 305-444-6041

*Attorneys for Gargiulo, Inc.*

CASE NO. 3:15-cv-1297-HES-MCR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and served using CM/ECF on January 19, 2016, on all counsel or parties of record on the Service List below.

s/Dennis M. Campbell
Dennis M. Campbell

CASE NO. 3:15-cv-1297-HES-MCR

## SERVICE LIST

Case No. 3:15-cv-1297-HES-MCR
United States District Court, Middle District of Florida in Admiralty

| | |
|---|---|
| George D. Gabel, Jr., Esq.<br>Jennifer L. Kier, Esq.<br>Lawrence Joseph Hamilton, II, Esq.<br>Suzanne M. Judas, Esq.<br>Timothy J. Conner, Esq.<br>Michael M. Gropper, Esq.<br>HOLLAND & KNIGHT, LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202 | Chester Hooper, Esq.<br>Michael A. Delulis, Esq.<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116-3889 |
| Vicent J. Foley, Esq.<br>HOLLAND & KNIGHT, LLP<br>31 W. 52nd Street<br>New York, NY 10019 | Michael P. Hamaway, Esq.<br>MOMBACH, BOYLE, HARDIN &<br>SIMMONS, P.A.<br>100 NE 3 Avenue, Suite 1000<br>Ft. Lauderdale, FL 33301-1177 |
| Thomas Albert Boyd, Esq.<br>BOYD & SUTTER, P.A.<br>6817 Southpoint Parkway, Suite 1801<br>Jacksonville, FL 32216 | Allen K. Von Spiegelfeld, Esq.<br>BANKER LOPEZ GASSLER<br>501 E. Kennedy Boulevard, Suite 1500<br>Tampa, FL 33602-5241 |
| Joseph Frank Rich, Esq.<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard, Suite 4410<br>Southeast Financial Center<br>Miami, FL 33131 | G.J. Rod Sullivan, Jr., Esq.<br>SULLIVAN & COMPANY<br>8777 San Jose Boulevard, Suite 803<br>Jacksonville, FL 32217 |
| Jason Robert Margulies, Esq.<br>LIPCON MARGULIES & ALSINA, P.A.<br>1 Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, FL 33131 | Lawrence J. Roberts, Esq.<br>LAWRENCE J. ROBERTS<br>& ASSOCIATES, P.A.<br>249 Catalonia Avenue<br>Coral Gables, FL 33134 |
| John H. Hickey, Esq.<br>Brett Douglas Sager, Esq.<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131 | Thomas K. Equels, Esq.<br>Judson H. Orrick, Esq.<br>EQUELS LAW FIRM<br>860 N. Orange Avenue, Suite A<br>Orlando, FL 32801 |

| | |
|---|---|
| Stephen J. Pajcic, Esq.<br>Thomas Fitzpatrick Slater, Esq.<br>Benjamin Edward Richard, Esq.<br>Michael Sather Pajcic, Esq.<br>PAJCIC & PAJCIC, P.A.<br>1 Independent Drive, Suite 1900<br>Jacksonville, FL 32202 | Lloyd Johnson Sarber, III<br>MARKS GRAY, P.A.<br>1200 Riverplace Boulevard, Suite 800<br>Jacksonville, FL 32207 |
| Robert F. Spohrer, Esq.<br>SPOHRER & DODD, P.L.<br>701 W. Adams Street, Suite 2<br>Jacksonville, FL 32204 | Raymond John Rotella, Esq.<br>KOSTO & ROTELLA, P.A.<br>619 E. Washington Street<br>P.O. Box 113<br>Orlando, FL 32802-0113 |
| Brian T. Scarry, Esq.<br>HORR, NOVAK & SKIPP, P.A.<br>9130 S. Dadeland Boulevard, Suite 1700<br>Miami, FL 33156 | David T. Maloof, Esq.<br>Thomas M. Eagan, Esq.<br>MALOOF BROWNE & EAGAN, LLC<br>411 Theodore Fremd Avenue, Suite 190<br>Rye, NY 10580 |
| Elizabeth P. Kagan, Esq.<br>KAGAN LAW FIRM, PL<br>8191 College Parkway, Suite 303<br>Ft. Myers, FL 33919 | Scott A. Wagner, Esq.<br>MOORE & COMPANY<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134 |
| Lindsey C. Brock, III, Esq.<br>RUMRELL, McLEOD & BROCK<br>9995 Gate Parkway, Suite 400<br>Jacksonville, FL 32246 | Marlin Kareem Green, Esq.<br>BROWN SIMS, PC<br>4000 Ponce de Leon Boulevard, Suite 630<br>Coral Gables, FL 33146 |
| Catherine Popham Decunto, Esq.<br>DURANT & SCHOEPPEL, P.A.<br>6550 St. Augustine Road, Suite 105<br>Jacksonville, FL 32217 | Willie Edward Gary, Esq.<br>GARY, WILLIAMS, PARENTI,<br>WATSON & GARY, PL<br>221 E. Osceola Street,<br>P.O. Box 9005<br>Stuart, FL 34994 |
| Marc Alan Rubin, Esq.<br>SPECTOR RUBIN, P.A.<br>3250 Mary Street, Suite 405<br>Miami, FL 33133 | Jacob J. Munch, Esq.<br>MUNCH & MUNCH, P.A.<br>600 S. Magnolia Avenue, Suite 325<br>Tampa, FL 33606 |

Case 3:15-cv-01297-HES-MCR   Document 147   Filed 01/19/16   Page 5 of 6 PageID 1980

CASE NO. 3:15-cv-1297-HES-MCR

| | |
|---|---|
| Donald E. Christopher, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>200 S. Orange Avenue, Suite 2900<br>Orlando, FL 32802 | Mitchel E. Woodlief, Esq.<br>LAW OFFICES OF<br>MITCHEL E. WOODLIEF<br>225 E. Church Street<br>Jacksonville, FL 32202 |
| Daniel W. Matlow, Esq.<br>DANIEL E. MATLOW, P.A.<br>4600 Sheridan Street, Suite 300<br>Hollywood, FL 33021 | Allan R. Kelley, Esq.<br>FOWLER WHITE BURNETT, P.A.<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131 |
| Cory D. Itkin, Esq.<br>Jason A. Itkin, Esq.<br>ARNOLD & ITKIN, LLP<br>1401 McKinney Street, Suite 2550<br>Houston, TX 77010 | David L. Mazaroli, Esq.<br>LAW OFFICE OF DAVID L. MAZAROLI<br>250 Park Avenue – 7th Floor<br>New York, NY 10177-0799 |
| William E. Cassidy, Esq.<br>CASSIDY & BLACK, P.A.<br>7700 N. Kendall Drive, Suite 505<br>Miami, FL 33156 | Lawrence C. Glynn, Esq.<br>CARUSO GLYNN, LLC<br>5304 193rd Street<br>Fresh Meadows, NY 11365 |
| Matthew Edward Auger, Esq.<br>SUISMAN SHAPIRO WOOL BRENNAN<br> GRAY & GREENBERG, P.C.<br>2 Union Plaza – P.O. Box 1591, Suite 200<br>New London, CT 06320 | Stephen H. Durant, Esq.<br>DURANT & SCHOEPPEL, P.A.<br>6550 St. Augustine Road, Suite 105<br>Jacksonville, FL 32217 |
| Ralph Joseph Mellusi, Esq.<br>TABAK, MELLUSI & SHISHA, LLP<br>29 Broadway, Suite 2311<br>New York, NY 10006-3212 | Benjamin R. Gideon, Esq.<br>Dov Sacks, Esq.<br>BERMAN & SIMMONS, P.A.<br>P.O. Box 961<br>129 Lisbon Street<br>Lewiston, ME 04243-0961 |
| Matthew D. Shaffer, Esq.<br>SCHECHTER, McELWEE, SHAFFER &<br> HARRIS, LLP<br>3200 Travis Street, 3rd Floor<br>Houston, TX 77006 | David Weese Marston, Jr., Esq.<br>Christopher Kimbrough Smith, Esq.<br>MORGAN, LEWIS & BOCKIUS, LLP<br>200 S. Biscayne Boulevard, Suite 5300<br>Miami, FL 33131-2339 |

| | |
|---|---|
| Michelle F. Zaltsberg, Esq.<br>BAKER, DONELSON, BEARMAN,<br>　CALDWELL & BERKOWITZ, P.C.<br>P.O. Box 1549<br>Orlando, FL 32802 | Linda Marie Hester, Esq.<br>CHILDS REED, P.A.<br>1551 Atlantic Boulevard, 2nd Floor<br>Jacksonville, FL 32207 |
| Christopher Charles Hazelip, Esq.<br>Joshua A. Woolsey, Esq.<br>ROGERS TOWERS, P.A.<br>818 A1A North, Suite 208<br>Ponte Vedra Beach, FL 32082 | Robert E. Warren, Esq.<br>LAW OFFICES OF ROBERT E. WARREN<br>215 San Juan Drive<br>Ponte Vedra Beach, FL 32082 |
| Robert A. Craven, Esq.<br>LAW OFFICE OF ROBERT A. CRAVEN, PL<br>3637 Fourth St. N, Suite 290<br>St. Petersburg, FL 33704 | David Alexander Villarreal, Esq.<br>LIPCON MARGULIES & ALSINA, P.A.<br>1 Biscayne Tower – Suite 1776<br>2 S. Biscayne Boulevard<br>Miami, FL 33131 |

428580/1311-1