UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 3:15-cv-1297 HES/MCR

In the Matter of The Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owner; and TOTE Servies, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability,

_____/

## CLAIM AND ANSWER OF ABF FREIGHT SYSTEM, INC.

COMES NOW the Claimant ABF FREIGHT SYSTEM, INC., (hereinafter "ABF"), and files its Claim and responds to the allegations of Plaintiff's Complaint and states as follows:

## CLAIM

1. Pursuant to the Court's Order [ECF 10], Notice [ECF 11]), and Order [ECF 81], ABF files its claim for cargo loss.

2. Plaintiffs are Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the motor vessel EL FARO, hereinafter collectively "Sea Star."

3. In September 2015 ABF tendered a trailer, ABFZ 660344, of cargo to Sea Star for carriage from the Port of Jacksonville, Florida to the Port of San Juan, Puerto Rico, aboard the EL FARO. *See attached*, Tote Maritime Bill of Lading JFL5271001. **(Exhibit 1)**

4. The trailer contained 33 separate shipments of cargo with a total value of $342,287.76. *See attached*, Schedule of Cargo Claims. **(Exhibit 2)**

5.      On or about October 1, 2015, the EL FARO tragically sank.

6.      ABF and/or its customers and/or insurers, as their interests may appear, suffered damages as a result thereof in the amount of $342,287.76, plus freight, interest, the value of the trailer and costs.

## ANSWER

ABF responds to Sea Star's Verified Complaint in the like-numbered paragraphs as follows:

1. Admitted.
2. Unknown, therefore denied.
3. Unknown, therefore denied.
4. Unknown, therefore denied.
5. Denied.
6. Unknown, therefore denied.
7. Admitted.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Unknown, therefore denied.
15. Denied.
16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

### AFFIRMATIVE DEFENSES

1. The Owners and Operators of the motor vessel EL FARO, including Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico and TOTE Services, Inc., had privity and knowledge of the negligent acts which led to the tragic sinking of the EL FARO and therefore are not entitled to limitation of, or exoneration from, liability.

Dated: January 19, 2016
       Miami, Florida

Respectfully submitted,

/s/ Brian T. Scarry
**BRIAN T. SCARRY**
Florida Bar No.: 914230
bscarry@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Claimant ABF***

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 19, 2016, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Brian T. Scarry
**BRIAN T. SCARRY**
Florida Bar No.: 914230
bscarry@admiral-law.com

/1038502/46