UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

Case No. 3:15-cv-1297-HES-MCR

In the Matter of The Complaint

of

SEA STAR LINES, LLC d/b/a Tote Maritime
Puerto Rico, as owner, and TOTE
SERVICES, INC., as owner *pro hac vice* of
the S.S. EL FARO, for Exoneration from or
Limitation of Liability.

## NOTICE OF CONSOLIDATED MOTION TO DISMISS ALL WRONGFUL DEATH CLAIMS AGAINST DEFENDANT MICHAEL DAVIDSON AND/OR THE ESTATE OF MICHAEL DAVIDSON OTHER THAN THOSE WRONGFUL DEATH CLAIMS BROUGHT UNDER THE DEATH ON THE HIGH SEAS ACT, 46 U.S.C. § 30301 *ET SEQ.*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendant Michael Davidson and/or the Estate of Michael Davidson will move this Court, at 300 North Hogan Street, Jacksonville, Florida 32202, in Courtroom 10C, as soon as counsel may be heard, for an order dismissing all wrongful death claims, cross-claims and third-party claims other than those brought under the Death On the High Seas Act, 46 U.S.C. § 30301 et seq., against Defendant Michael Davidson and/or the Estate of Michael Davidson in this matter and for such other and further relief as the Court may deem just and proper.

146815.00602/101905596v.2

This 22nd day of January 2016.

        Respectfully submitted,
        BLANK ROME LLP

        By:/s/ *Richard E. Berman*

        Richard E. Berman, Esq.
        500 E. Broward Blvd.
        Suite 2100
        Ft. Lauderdale, FL 33394
        Telephone: (954) 512-1832
        Facsimile: (954) 512-1785
        RBerman@BlankRome.com
        BocaEservice@BlankRome.com
        DLewis@BlankRome.com
        *Attorneys for Michael Davidson and/or the Estate of Michael Davidson*

        Respectfully submitted,
        BLANK ROME LLP

        By:/s/ *William R. Bennett, III*

        William R. Bennett, III
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174
        (212) 885-5000
        WBennett@blankrome.com
        ***Pending Admission Pro Hac Vice***
        *Attorneys for Michael Davidson and/or the Estate of Michael Davidson*

146815.00602/101905596v.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on this January 22, 2016, which will be served by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

**BLANK ROME LLP**

By: */s/ Richard E. Berman*
Richard E. Berman