UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

In the Matter of the Complaint

Of

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE
Services, Inc., as Owner *pro hac vice* of
the S.S. EL FARO for Exoneration from
or Limitation of Liability

CASE NO.:
3:15-cv-1297-J-20MCR

_____/

## DECLARATION OF AUSTIN L. DOOLEY, Ph.D.

1.  I am a resident of the State of New York, of the full age of majority and have personal knowledge of the facts attested to herein and am competent to make the opinions expressed herein based upon my education, training and experience in the fields of meteorology and oceanography.  My opinions and methodology are based on the state of the art and peer reviewed methodologies regularly and commonly used by meteorologists and oceanographers around the world.

2.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A. As set forth in my curriculum vitae, I have 35 years of experience as a consulting meteorologist/oceanographer.  I hold the following degrees:  BS, MS and Ph.D.  I obtained a doctorate degree in physical oceanography from New York University in 1978.  Since that time I have worked as a Professor of Meteorology/Oceanography, for commercial weather companies and as President of Dooley SeaWeather Analysis, Inc.

3.  Dooley SeaWeather Analysis, Inc. provides consulting services to cargo and vessel interests concerning weather and its influence on a maritime venture.  I have been accepted as an expert witness in the fields of meteorology and oceanography by the following Federal District and/or State Courts in: New York City, New Orleans, Lake Charles Louisiana, Charleston South Carolina, Albany NY, Brooklyn NY, Islip NY, Jacksonville Florida, Miami, Coquille Oregon, Glassboro New Jersey, Newark New Jersey,

Elizabeth New Jersey and Los Angeles, California.  I have also testified in arbitrations in New York, Vancouver BC and London UK.

4.  In addition to having my degrees in meteorology and oceanography, I also obtained a United States Coast Guard Merchant Mariners License at graduation from New York Maritime, a maritime college in New York City.  I obtained my B.S. in Meteorology and Oceanography and my unlimited Third Mate's License in 1968.  I sailed as a deck officer during the period from 1968 to 1980. The highest license I held was Chief Mate unlimited tonnage and Master 1600 gross tons or less.

5.  I note the master reported in an email dated September 30th  at 1022 AM Pacific Daylight Time (1322 EDT) that for about one week before he sailed from Jacksonville he had observed reports and predictions of the tropical storm that eventually developed into Hurricane Joaquin.

6.  My analysis that follows is based on information available to the master of S.S. EL FARO at the time the vessel sailed from Jacksonville, Florida and during the vessel's voyage until the last known position on October 1, 2015.

7.  Whenever a tropical cyclone is active, the National Hurricane Center (NHC) issues tropical cyclone advisory packages comprised of several official text and graphical products. This suite of advisory products is issued every 6 hours, at 0300, 0900, 1500, and 2100 UTC[1]. NHC advises that Special Forecast/Advisories may be issued at any time to advise of an unexpected significant change in the cyclone or when watches or warnings are to be issued. Intermediate Public Advisories are issued at 3-hour intervals between regular advisory packages when coastal tropical cyclone watches or warnings are in effect. The first Intermediate Public Advisory was issued at 0200 EDT September 30th. Otherwise, these products are posted on the NHC webpage and distributed at the published specific issuance times over marine communication channels.  Hurricane location and status information is not issued to users on a real time or minute by minute basis.

---

[1] UTC, GMT and Z refer to the time zone at Greenwich, England.  They are used interchangeably in marine weather messages.  Referencing messages and forecasts to a standard international time zone reduces errors of interpretation.  Forecasts of positions in the NHC Advisories are given using "Z".  For ease of reading, I will use "Z" and EDT in this declaration.  The difference between EDT and Z is 4 hours.  Z is 4 hours ahead of EDT.

8.   The predicted development and track of the storm when S.S. EL FARO departed the pier at Jacksonville at 20:15 and the sea buoy at 21:48 Eastern Daylight Time (EDT) on September 29, 2015 (0015 and 0148 Coordinated Universal Time, **UTC** September 30) was reported in the NHC Tropical Storm Joaquin Forecast/Advisory Number 8 issued at 17:00 EDT September 29 (2100 Z 29 September) as "TROPICAL STORM CENTER LOCATED NEAR 26.0°N  71.0°W AT 29/2100 Z"  This position was about 609 nautical miles East-Southeast (bearing 113°) from Jacksonville.

9.   The 2100Z September 29 Forecast/Advisory Number 8,  forecast that the position of the storm would be at 25.1°N 73.3°W at 0600 Z October 1 (0200 EDT October 1). The Advisory Number 8 forecast position was about 103 nautical miles bearing 017° (northerly) from the vessel's position along the planned track.  The forecast maximum wind for 0600 Z October 1st was 70 knots.  The forecast radius of 64-knot wind speeds was 20 nautical miles in the northeast and southeast quadrants[2] and zero nautical miles in the northwest and southwest quadrants.

10. Hurricane Joaquin Forecast/Advisory Number 14 reported that on October 1 at 0600 Z the center was located near 23.5°N 73.5°W.  This position differed by about 97.9 nautical miles bearing 186.7° (southerly) from the forecast position in Advisory Number 8.

11. The October 1st 0600 Z actual position was about 20.5 nautical miles bearing 083° (easterly) from the last known position of the S.S. EL FARO at 1115 Z (0715 EDT) while the Advisory Number 8 forecast position was about 103 nautical miles bearing 017° (northerly) from the vessel's position.  In other words, if the Advisory Number 8 forecast had held, the S.S. EL FARO, based on its actual position south of San Salvador Island at 0600 Z on October 1, would have been well outside the hurricane force winds of Joaquin.

12. Advisory Number 8's 0600 Z (0200 EDT) position put the vessel in the southwest quadrant moving toward Joaquin's southeast quadrant.  The advisory indicated the radius of 34 knot winds in these two quadrants would have been 40 (southwest) and 80 (southeast) nautical miles.  As the forecast 0600 Z position was 103 nautical miles from the vessel, the S.S. EL FARO would have been outside the tropical storm force winds as well.

---

[2] A quadrant is a 90° sector between the cardinal compass points.  That is, the northeast quadrant is between 000° and 090°. The southeast sector is between 090° and 180°, etc.

13. In addition to the 0600 Z Advisory Number 8 forecast position, Advisory Number 8 gave a forecast position for October 1st at 1800 Z. That position was forecast to be 24.8°N 73.9°W. The 1800 Z position was to the west of the 0600 Z forecast position (bearing 241°), meaning that Joaquin's forecast track was to the west-southwest. The distance between the 0600 and 1800 Z positions was about 37 nautical miles in 12 hours which results in a speed of about 3 to 4 knots. As a result, Advisory 8 indicated that the S.S. EL FARO would have sailed well outside Joaquin's high wind speed zone on a passage to San Juan had the forecast held.

14. I note in paragraph 12 of Mr. Soutar's statement that he found the vessel and Joaquin were in almost the same geographical position and "subject to hurricane force winds at that point in time". However, details on Joaquin's wind field and wave patterns and their changes with time are still uncertain as the master reported 10-12 ft swell and high winds, NE swell in voice communication with management on October 1. In addition, the NHC report on Joaquin, which was just released on January 12, 2016, indicates "substantial forecast uncertainties[3]" that must also be analyzed with reference to the track of the S.S. EL FARO. Consequently, as stated, it is my opinion that it is premature to make final conclusions to a reasonable degree of scientific certainty on the impact of Joaquin. My research is ongoing in this matter so that such conclusions can be made.

**FURTHER DECLARANT SAYETH NAUGHT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January, 2016, in City Island, New York.

AUSTIN L. DOOLEY, Ph.D.

---

[3] National Hurricane Center Tropical Cyclone Report Hurricane Joaquin (AL112015). Page 10.

**C.V.:  AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**
**EDUCATION**
10/1978 New York University:   Ph.D. Physical Oceanography. Advisor: Dr. Willard J. Pierson
6/1973-9/1971 New York University:   M.S. Physical Oceanography. Advisor: Dr. Gerhard Neumann;
Member:  Meteorology Honor Society, Chi Epsilon Pi.
6/1968-9/1964 NY Maritime: B.S. Meteorology and Oceanography (M&O)
Academic Graduation Award: Outstanding Ability in Meteorology and Oceanography.

**PROFESSIONAL CAREER**
Present-2/1995 President, Dooley SeaWeather Analysis, Inc. Vessel Performance Analysis, Consulting
and Research services in the fields of Meteorology, Oceanography and Marine Operations for ship
owners, charterers, insurance firms and law firms. M&O training for merchant ship officers, U.S.
Navy, Indonesian Maritime Academy, and public continuing education. 7/99: Invited member:
University Corporation for Atmospheric Research Visiting Scientists Review Team for Marine
Prediction Center, National Center of Environmental Prediction, Washington, D.C.  Member: Marine
Environmental Science Advisory Board, New York Maritime College, Fort Schuyler, Bronx, NY.

Present-4/1992 Maritime Arbitrator - Party appointed Arbitrator, Sole Arbitrator, Mediator or Chair on
more than 100 commercial charter party arbitration disputes.  60 published and reasoned awards
dealing with such commercial shipping matters as demurrage, deadfreight, force majeure, salvage,
shipyard costs, and speed performance.  Awards published by Society of Maritime Arbitrators (SMA),
New York, NY.  Past President (2009-2013)

Present-6/1997 College Professor: Adjunct Associate Professor of Meteorology (6/12-3/99), U.S.
Merchant Marine Academy; Lecturer in Meteorology and Oceanography(Date-6/97), Purchase
College, Purchase NY; Adjunct Associate Professor of Oceanography, Pace University (Fall 99),
Pleasantville, NY.

2/1995-10/1979 General Manager, Marine Scientist, Account Manager, Oceanroutes, Inc.:
Applications and development of meteorological and oceanographic services. P&L responsibility for
East Coast United States and Canada weather routing business.  Developed and moderated series of
International Seminars on law and shipping in London, Hamburg, San Francisco, New York, and Hong
Kong.  Expert Witness and Consultation Services to shipping companies and law firms in weather
sensitive projects and legal disputes.

9/1993-10/1991 Commanding Officer, Naval Reserve Naval Control of Shipping Office 0102,
N&MCRRC, Floyd Bennett Field, Brooklyn, NY

9/1991-10/1989 Commanding Officer, Naval Reserve Merchant Marine Reserve Operational
Command Headquarters 0102, N&MCRRC, Fort Schuyler, Bronx, NY.  Navy Commendation Medal.

12/1990-9/1988 Maritime College: Adjunct Associate Professor of Meteorology and Oceanography.

12/1980-5/1979 Maritime College: Chair Depart. of Marine Trans. & Associate Professor of M&O
(Tenured). Managed undergraduate and graduate programs including staffing, curriculum planning and
budgeting. Senior Deck Training Officer: TS Empire State.  Managed at sea training program for more
than 360 Cadets.

5/1979-6/1973 Maritime College, NY: Assistant Professor and Instructor of M&O ashore/afloat;
Bridge Watch Officer and Instructor of Nautical Science; Merchant Marine Officer at sea.

9/1971-6/1968 Merchant Marine: Second/Third Mate on chemical and oil tankers, dry cargo ships, container ships, and research vessel.

**Federal License formerly held**: Master Ocean Steam or Motor Vessels 1600 GT; Chief Mate, Unlimited Tons.
**Member**: American Meteorological Society; NY Society of Maritime Arbitrators; Marine Society of NY; Propeller Club; Maritime Law Association of the United States (non-lawyer)
**Military**: Captain, United States Naval Reserve – Retired

## PUBLICATIONS AND PRESENTATIONS:

## PUBLICATIONS AND PRESENTATIONS:

1. 1977 - "History of Marine Weather Observations", presented at the Marine Weather Conference in Manhattan.  The conference involved industry, government and academia discussing marine weather problems and merchant shipping.

2. 1980 - "Weather Routing of Ships" paper presented before the SNAME Fuel Conservation Symposium in Manhattan.

3. 1981 - "Weather and Ship Performance Factors in Speed and Consumption  Arbitrations" paper presented before  the  Vth International Congress of Maritime Arbitrators in Manhattan.

4. 1981 - "Variations in Fuel Consumption Due to At-Sea Weather Factors", presented before the ISOSO Conference in New York City.

5. 1982 - "Merits of Weather Routing in the Fuel Conservation Quest" paper published in the Seatrade Magazine Fuel Economy report.

6. 1983  - "The Use of Weather Analysis in Awarding and Calculating Speed Claims" paper presented  before  the  VIth International Congress of Maritime Arbitrators in Monte Carlo.

7. 1984  - Chairman and Editor of seminar proceedings  "Everyday Problems  in  the  Time  Chartered Vessel  Management"  held  in Tarrytown, NY.

8. 1985 - "Oceanrouting and Applied Oceanography" paper published by  the  Marine Technology Society in Journal on  Applied Oceanography.

9.  1986 - Chairman and Editor of seminar proceedings "To Arbitrate or Negotiate Maritime Disputes...European and American Points of View" held in Hamburg, W. Germany.

10. 1987 - "Expert Witness in Arbitrations" paper published by the VIIth International Congress of Maritime Arbitrators in Madrid, Spain.

11. 1988 - Chairman and Editor of seminar proceedings "Practical Solutions to Chartered Vessel Claims, Disputes, and Arbitration Problems for Owners and Charterers" held in London, England.

12. 1989 - "A Third Party View of Fuel Consumption Disputes and Claims"  paper presented at the IXth International Congress of Maritime Arbitrators; Hamburg, Germany.

13. 1990 - Chairman and Editor of seminar proceedings for Oceanroutes' Sixth International Arbitration Seminar for Owners and Charterers; London, England. Seminar title: Understanding and Resolving Claims, Disputes and Maritime Arbitrations for Owners and Charterers ...Today and Into The 1990's.

14. 1991 - Presentation before the Society of Maritime Arbitrators entitled: "NY Maritime Arbitration - A Weather Report."; New York, NY.

15. 1992 - Presentation before the American Marine Insurance Forum entitled "Commercial Weather Services for the Maritime Industry"; New York, NY.

16. 1993 - Chairman and Moderator: Oceanroutes' Seventh International Arbitration Seminar for Owners and Charterers; "Chartered Vessel Operations, Disputes and Arbitration; Practical Solutions for Owners & Charterers", Hong Kong.

17. 1994 - "Geographic Deviation: A New York Perspective", XIIth International Congress of Maritime Arbitrators, Hong Kong.

18. 1994 - "Consequences of Geographic Deviation in Vessel Operations and Management", Transportation Management Conference, Maritime College, Bronx, NY. May 1994.

19. 1995 - "FUNDAMENTAL PROCESSES, PROTOCOL AND PROCEDURES OF OIL AND EMERGENCY SPILL RESPONSE", Transportation Management Conference, Maritime College, Bronx, NY. May 1995.

20. 1996 - Presentation before Society of Maritime Arbitrators entitled: "M/V WHITE MANTA - MASTER'S REQUIREMENTS FOR FOLLOWING WEATHER ROUTING RECOMMENDATIONS", New York, NY.

21. 1996 - "THE ROUTE DECISION -- HOW MUCH LONGER WILL IT REMAIN SOLELY THE MASTER'S?" International Congress of Maritime Arbitrators, Paris. June 1996.

22. 1997 - "INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER" - Industry Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

23. 1997 - Moderator and Co-Chairman "CHARTER PARTY PROBLEMS AND PROFITABLE SOLUTIONS" - Industry Seminar presented by the Chartering and Shipping Institute, New York, NY.

24. 1998 - Moderator: "Viva La Difference: Dispute Resolution by Arbitration". A Seminar Presented by the Society of Maritime Arbitrators, Inc. and the Maritime Law Association of the United States. New York, NY.

25. 1999 - "BOATERS' WEATHER WORKSHOP" Public Continuing Education Training Program with workbook on weather dangers and safety practices offered to small boat owners. SUNY Purchase College.

26. 2000 - " INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER 2nd EDITION" - Industry Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

27. 2000 - "1999 University Corporation for Atmospheric Research (UCAR) Review Panel Report on the Marine Prediction Center", March  2000. R. L. Elsberry (Chair), M. Carr, A. Dooley, C. Nelson, C. Wash, Boulder, Colorado.

28. 2001 – "TODAY'S SPEED CLAIMS – TOO FAST OR TOO SLOW?",   *The Maritime Advocate*, Fall 2001, Issue 16.  London, England.

29. 2001 - "CONSEQUENTIAL DAMAGE AND LOSS PROFITS IN NEW YORK MARITIME ARBITRATIONS", Paper presented and published by the 14th  International Congress of Maritime Arbitrators, New York, NY.

30. 2002 - Panel Moderator, Author and Lecturer: "An Application of the New York Society of Maritime Arbitrator's Rules in a case Related to Shipping Issues Before an Arbitration Panel. A Mock Arbitration" Panama Maritime VIth World Conference And Exhibition, Panama City, Republic of Panama, February 2002.

31. 2005 – "Speed Claims to Rogue Waves:  Weather Related Issues in Arbitration and Court." Presentation to shipping and insurance company representatives at DeOrchis and Partners, June 2005.

32. 2006 -- "Speed Claim Disputes in New York  Maritime Arbitration",  Paper presented at the Global Business and Transportation Department Seminar , February 2, 2006, Maritime College, Bronx, NY
33. 2007 -- "More on Ocean Rogues",  Fort Schuyler Mariner Magazine, March 2007.

34. 2010 - "MARITIME ARBITRATION" Global Business and Transportation Department Seminar , February 2, 2010, Maritime College, Bronx, NY.

35. 2013 – "MARITIME ARBITRATION IN NY" Fort Schuyler Mariner, November.

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**
**LIST OF EXPERT WITNESS COURT TESTIMONY (CT), ARBITRATION TESTIMONY**
**(AT) OR DEPOSITIONS (D) FOR PREVIOUS FIVE YEARS:**

| CASE/VESSEL NAME | COURT | YEAR |
|---|---|---|
| CLIPPER BULK v KOREA SHIPPING (AT) | MARITIME ARBITRATION, NY | 2011 |
| NORTHROP GRUMMAN CORP v. FACTORY MUTUAL INS. CO. (D) | UNITED STATES DISTRICT COURT LOS ANGELES, CA | 2013 |
| ARE-EAST RIVER SCIENCE PARK, LLC v. LEXINGTON INSURANCE COMPANY (D) | UNITED STATES DISTRICT COURT LOS ANGELES, CA | 2014 |
| LORD & TAYLOR LLC, vs. ZIM INTEGRATED SHIPPING SERVICES, LTD., (D) | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 2014 |
| ARE-EAST RIVER SCIENCE PARK, LLC v. LEXINGTON INSURANCE COMPANY (CT) | FEDERAL DISTRICT COURT LOS ANGELES, CA | 2014 |
| TGI OFFICE AUTOMATION v. NATIONAL ELECTRONIC TRANSIT CORPORATION (D) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 2014 |
| LORD & TAYLOR LLC, vs. ZIM INTEGRATED SHIPPING SERVICES, LTD., (CT) | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | 2014 |
| NATIONAL RAILROAD PASSENGER CORPORATION v. ARCH SPECIALTY INSURANCE COMPANY, ET. AL (D) | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 2015 |
| NORTHROP GRUMMAN CORP. v. AON RISK INSURANCE SERVICES WEST, INC., (D) | LOS ANGELES SUPERIOR COURT, LOS ANGELES, CA | 2015 |
| TGI OFFICE AUTOMATION v. NATIONAL ELECTRONIC TRANSIT CORPORATION (CT) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK  2014 | 2015 |
| WALKER COFFEE TRADING LP, vs. M/V "NORTHERN DELIGHT", MSC MEDITERRANEAN SHIPPING COMPANY TERMINAL; PORT NEWARK CONTAINER TERMINAL and PORTS AMERICA (D) | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 2015 |
| FRONTLINE COLLECTIBLES, INC. v. SIMPLY LOGISTICS, INC., ATLANTIC CENTRAL LOGISTICS (CT) | SUPERIOR COURT OF NJ, UNION COUNTY, ELIZABETH, NJ | 2016 |