**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN ADMIRALTY**

| | |
|---|---|
| In the Matter of the Complaint | CASE NO. 3:15-cv-01297-HES-MCR |
| Of | |
| Sea Star Line, LLC d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability _____/ | |

## CLAIMANT, NISSAN NORTH AMERICA, INC.'S NOTICE OF WITHDRAWAL OF CLAIM

NOW COMES Claimant, Nissan North America, Inc. ("NNA"), by and through its undersigned attorney, and gives notice to the Court that it is withdrawing its claim against Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners, and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO, since risk of loss and title to the automobiles that are the subject of NNA's claim passed to the consignee, Motorambar, Inc., at the S.S. EL FARO's rail during loading at Jacksonville, Florida, and Motorambar, Inc.'s subrogated underwriters, Ace Insurance Company, filed a claim for the loss on December 23, 2015.

Dated: January 26, 2016.

          **BAKER, DONELSON, BEARMAN,**
          **CALDWELL & BERKOWITZ, PC**
          SunTrust Center
          200 South Orange Avenue
          Post Office Box 1549
          Orlando, Florida  32802
          Telephone:  (407) 422-6600
          Facsimile:  (407) 841-0325

          By: /s/ Donald E. Christopher
               Donald E. Christopher
               Florida Bar No. 250831
               *dchristopher@bakerdonelson.com*

OF COUNSEL:

CHRISTOPHER O. DAVIS (LBN 4722)
CHRISTOPHER M. HANNAN (LBN 20037)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone: (504) 566-5200
Telecopier: (504) 636-40000
*codavis@bakerdonelson.com*
*channan@bakerdonelson.com*

      *Counsel for Nissan North America, Inc.*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 26, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

          /s/ Donald E. Christopher
            Donald E. Christopher