UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

"IN ADMIRALTY"

Case No. 3:15-cv-1297-HES-MCR

In the Matter of the Complaint of SEA STAR LINES, LLC d/b/a Tote Maritime Puerto Rico, as owner, and TOTE SERVICES, INC., as owner *pro hac vice* of the S.S. EL FARO, for Exoneration from or Limitation of Liability
_____/

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of **Craig P. Liszt**, of Roig Lawyers as counsel for Claimant Excel Cargo Services, Inc., d/b/a Caribex Worldwide ("Caribex") in the above-styled matter.

Dated: February 19, 2016.

                                      Respectfully submitted,

                              **ROIG LAWYERS**

                              /s/ *Craig P. Liszt*
                              Craig P. Liszt, Esq.
                              Florida Bar No.  63414
                              44 W. Flagler Street, Suite 2100
                              Miami, FL 33130
                              (305) 405-0997 / (305) 405-1022Fax
                              Pleadings@RoigLawyers.com
                              CListz@RoigLawyers.com

                              and

**WILLCOX & SAVAGE, P.C.**
David H. Sump
Virginia State Bar No. 28897
440 Monticello Avenue
Suite 2200
Norfolk, VA  23510
Tel:  757 628 5615
Email:  dsump@wilsav.com
*Attorneys for Excel Cargo Services, Inc. d/b/a/*
*Caribex Worldwide*


## CERTIFICATE OF SERVICE

We hereby certify that on February 19, 2016, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.


/s/ *Craig P. Liszt*
Craig P. Liszt, Esq.
Florida Bar No.  63414
44 W. Flagler Street, Suite 2100
Miami, FL 33130
(305) 405-0997 / (305) 405-1022Fax
Pleadings@RoigLawyers.com
CLiszt@RoigLawyers.com
*Attorneys for Excel Cargo Services, Inc. d/b/a/*
*Caribex Worldwide*