UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY
CASE NO. 3:15-cv-01297-BJD-MCR

In the matter of the Complaint of Sea Star Lines, LLC d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. "EL FARO" for Exoneration from or Limitation of Liability,

    Petitioners.

**NOTICE OF SETTLEMENT**

COMES NOW Petitioners, SEA STAR LINES, LLC D/B/A TOTE MARITIME PUERTO RICO AND TOTE SERVICES, INC., hereby notify the Court pursuant to Local Rule 3.08 that Petitioners have settled the claim of Rubin Aquino [D.E. 133] and that his claim may now be dismissed.

This Notice of Settlement as well as all settlements herein are without prejudice to Petitioners' rights in the above captioned exoneration/limitation proceeding against any of the other claimants, and without prejudice to Petitioners' right to seek an appropriate credit against the limitation fund in this action for settlements with any claimants.

Further details concerning the settlements will be provided to the Court when Petitioners' seek an appropriate credit for their settlements against the limitation fund in this action.

    Respectfully submitted,

    s/Allan R. Kelley
    Allan R. Kelley
    Fla. Bar No. 309893
    Email: akelley@fowler-white.com
    FOWLER WHITE BURNETT, P.A.
    Brickell Arch, Fourteenth Floor
    1395 Brickell Avenue
    Miami, Florida 33131
    Telephone:  (305) 789-9200
    Facsimile:  (305) 789-9201

CASE NO.: 3:15-cv-01297

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all attorneys of record in this case.

s/ Allan R. Kelley
Allan R. Kelley

4841-2092-6256, v. 1