UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint

of                                                                    Case No. 3:15-cv-1297-HES-MCR

Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as owner; and TOTE Services, Inc., as Owner *pro hac vice* of the *S.S. El Faro* for Exoneration from or Limitation of Liability

_____/

**THIRD NOTICE OF SETTLEMENT**
**OF SEA STAR LINE, LLC AND TOTE SERVICES, INC.**

Petitioners, Tote Maritime Puerto Rico, LLC f/k/a Sea Star Line, LLC and TOTE Services, Inc. ("Petitioners") hereby notify the Court pursuant to Local Rule 3.08 that the Petitioners have settled the following claims and state:

1. On January 22, 2016, Petitioners filed a Notice of Settlement (Docket No. 152) reporting that Petitioners had settled wrongful death claims with ten (10) of the Personal Representatives of the Estates of deceased crewmembers of the EL FARO ("First Notice of Settlement").

2. On March 1, 2016, Petitioners filed a Second Notice of Settlement (Docket No. 258) reporting that Petitioners had settled wrongful death claims with four (4) of the Personal Representatives of the Estates of deceased crewmembers of the EL FARO ("Second Notice of Settlement").

3. Petitioners now file this Third Notice of Settlement reporting on their settlements with the Estates of the following death claims. This Third Notice of Settlement is WITHOUT PREJUDICE TO PETITIONERS' RIGHTS IN THE ABOVE CAPTIONED

EXONERATION/LIMITATION PROCEEDING AGAINST CLAIMANTS OTHER THAN THOSE SPECIFIED IN THE FIRST AND SECOND NOTICES OF SETTLEMENT AND THOSE SPECIFIED BELOW, AND WITHOUT PREJUDICE TO PETITIONERS' RIGHTS TO SEEK AN APPROPRIATE CREDIT AGAINST THE LIMITATION FUND IN THIS ACTION FOR SETTLEMENTS WITH THE CLAIMANTS SPECIFIED IN THE FIRST AND SECOND NOTICES OF SETTLEMENT AND THOSE CLAIMANTS SPECIFIED BELOW:

    a.  **Claudette Riley and Carroll Wright – as Personal Representatives of the Estate of Mariette Wright**, have reached a full and final settlement of all claims filed in this action (Docket No. 98) in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages and an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

    b.  **Terri C. Davis, – individually and as Personal Representative of the Estate of Brookie Larry Davis**, has reached a full and final settlement of all claims filed in this action (Docket No. 124), in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages and an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

    c.  **Jennifer Mathias – as Personal Representative of the Estate of Jeffrey Mathias**, has reached a full and final settlement of all claims filed in this action (Docket Nos. 70 and 71) in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages and an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

    d.  **Vicky Green, as Personal Representative of the Estate of LaShawn Rivera**, has reached a full and final settlement of all claims filed in this action (Docket No. 223)

in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages and an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

3. Further details of the foregoing settlements will be provided to the Court when Petitioners seek an appropriate credit for their settlements against the Limitation Fund in this action.

Respectfully Submitted,

/s/ Jerry D. Hamilton                              /s/ George D. Gabel, Jr.

| | |
|---|---|
| **JERRY D. HAMILTON**<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>**ROBERT B. BIRTHISEL**<br>Florida Bar Number: 906654<br>rbirthisel@hamiltonmillerlaw.com<br>**WILLIAM F. CLAIR**<br>Florida Bar Number: 693741<br>wclair@hamiltonmillerlaw.com<br>**KARINA M. CERDA COLLAZO**<br>Florida Bar Number 0626775<br>kcerda@hamiltonmillerlaw.com<br>**JULES V. MASSEE**<br>Florida Bar Number: 0041554<br>jmassee@hamiltonmillerlaw.com<br>**MICHAEL J. DONO**<br>Florida Bar Number: 0576492<br>mdono@hamiltonmillerlaw.com<br>**HAMILTON, MILLER & BIRTHISEL, LLP**<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: 305-379-3686<br>Facsimile:  305-379-3690 | **GEORGE D. GABEL, JR.**<br>Florida Bar No. 27220<br>George.gabel@hklaw.com<br>**HOLLAND & KNIGHT, LLP**<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32202<br>Telephone: (904) 353-2000<br>Facsimile: (904) 358-1872 |

Case No. 3:15-cv-1297-HES-MCR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a copy of the foregoing has been furnished to all counsel of record via the CM/ECF system on this 13th day of April, 2016.

/s/ Jerry D. Hamilton
Jerry D. Hamilton, Esq.