UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

---------------------------------------------------------------------x

In the Matter of the Complaint

       Of

Sea Star Lines, LLC, d/b/a TOTE Maritime Puerto Rico, As Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability

Case No.: 3:15-CV-01297(HES)(MCR)

**THIRD-PARTY COMPLAINT**

---------------------------------------------------------------------x

AGCS MARINE INSURANCE COMPANY and
STARR INDEMNITY & LIABILITY CO.,

       Claimant/Third-Party Plaintiffs,

    -against-

CARIBBEAN SHIPPING SERVICES, INC.,

       Third-Party Defendant.
---------------------------------------------------------------------x

      Claimants, AGCS MARINE INSURANCE COMPANY and STARR INDEMNITY & LIABILITY INC., by their attorneys, the Law Office of Robert A. Craven and Nicoletti Hornig & Sweeney, as and for their Third-Party Complaint against Third-Party Defendant CARIBBEAN SHIPPING SERVICES, INC. ("CARIBBEAN SHIPPING") alleges the following upon information and belief:

FIRST: That this is an admiralty and maritime claim within Rule 9(h) of the Federal Rules of Civil Procedure and the action falls within the Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1333.

SECOND: That at all times hereinafter mentioned, Claimant/Third-Party Plaintiff AGCS MARINE INSURANCE COMPANY was and now is a marine insurance underwriter incorporated under and by virtue of the laws of the State of Illinois, with an office and principal place of business in Chicago, Illinois and New York.

THIRD: That at all times hereinafter mentioned, Claimant/Third-Party Plaintiff STARR INDEMNITY & LIABILITY CO. was and now is a marine insurance underwriter incorporated under and by virtue of the laws of the State of Texas, with an office and principal place of business in New York.

FOURTH: Claimant/Third-Party Plaintiff AGCS is duly subrogated in interest to the cargo shipments owned by Sally Beauty Supply LLC and shipped in container numbers STRU4886943 (SSL000238096), STRU4886542 (SSL000228307) and STRU4884576 (SSL000228308).

FIFTH: Claimant/Third-Party Plaintiff STARR INDEMNITY & LIABILITY CO. is duly subrogated in interest to the cargo shipments owned by the Vitamin Shoppe and shipped in container number STRU4884576 under Sea Star bill of lading SSL000228308.

SIXTH: That at all times hereinafter mentioned, Third-Party Defendant CARIBBEAN SHIPPING (FMC organization #014107) was and now is engaged in business as a common carrier of merchandise by water for hire, and was and now is incorporated under the laws of one of the states of the United States, with registered address at 25 2nd St. South, Jacksonville, Florida 32250.

SEVENTH:   On or about September 29, 2015, at the port of Jacksonville, Florida, certain cargoes insured by the Claimants/Third-Party Plaintiffs were shipped and delivered to Third-Party Defendant CARIBBEAN SHIPPING and the S.S. EL FARO, as common carriers, said cargoes then being in good order and condition, and Third-Party Defendant CARIBBEAN SHIPPING and the S.S. EL FARO then and there accepted said cargoes so shipped and delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipment to the port of San Juan, Puerto Rico, and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignees listed in the bills of lading issued therefore by Third-Party Defendant CARIBBEAN SHIPPING.

EIGHTH:   Thereafter, the S.S. EL FARO sank while at sea, with the loss of all cargo, all in violation of Third-Party Defendant's and S.S. EL FARO's obligations and duties as common carrier of merchandise by water for hire.

NINTH:   Claimants/Third-Party Plaintiffs are the duly subrogated insurers of the shippers, the consignees and/or owners of the cargoes referred to herein and brings this action on their own behalf and as agents or trustees on behalf of and for the interest of all parties who may be or become interested in the said shipments, as their respective interests may ultimately appear, and Claimants/Third-Party Plaintiffs are entitled to maintain this action.

TENTH:   By reason of the premises, Claimant/Third-Party Plaintiff AGCS has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $115,643.96.

ELEVENTH: By reason of the premises, Claimant/Third-Party Plaintiff STARR INDEMNITY & LIABILITY CO. has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $30,882.66.

**WHEREFORE,** Claimants/Third-Party Plaintiffs prays:

1. That process in due form of law may issue against Third-party Defendant CARIBBEAN SHIPPING citing it to appear and answer all and singular the matters aforesaid:

2. That Judgment may be entered in favor of Claimant/Third-Party Plaintiff against Third-Party Defendant CARIBBEAN SHIPPING for the amount of Claimants/Third-Party Plaintiffs' damages together with interest and costs and the disbursements of this action;

3. That this Court will grant to Claimants/Third-Party Plaintiffs such other and further relief as may be just and proper.

Dated: New York, New York
April 18, 2016

                                  LAW OFFICE OF ROBERT A. CRAVEN

                                  By: /s/ Robert A. Craven
                                  Robert A. Craven, Esq.
                                  3637 Fourth St. North, Suite 290
                                  St. Petersburg, Florida 33704
                                  Tel: (727) 895-5700
                                  Fax: (727) 895-5710
                                  E-mail: r.craven@verizon.net

                                              -and-

                                  NICOLETTI HORNIG & SWEENEY

                                  By: /s/ James F. Sweeney
                                  James F. Sweeney, Esq.
                                  Carole A.R. Rouffet, Esq.
                                  Wall Street Plaza
                                  88 Pine Street, 7th Floor
                                  New York, New York 10005
                                  Tel: (212) 220-3830
                                  Fax: (212) 220-3780
                                  E-mail: jsweeney@nicolettihornig.com
                                  File No.: 00001183 JFS/CR

                                  *Attorneys for Claimants/Third-Party Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF on April 18, 2016, which will provide a copy of the foregoing document to all counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure.

                                                                                      /s/ James F. Sweeney  
                                                                                      JAMES F. SWEENEY