UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

CASE NO. 15-cv-01297-BJD-MCR

In the matter of the Complaint of Sea Star Lines, LLC d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. "EL FARO" for Exoneration from or Limitation of Liability,

    Plaintiffs.

### NOTICE OF DISMISSAL OF CLAIM

COMES NOW, EFOODS, INC., by and through its undersigned counsel, and hereby gives notice to the Court that its claim in this action [D.E. 44] against Sea Star Lines, LLC d/b/a TOTE Maritime Puerto Rico, as Owners; TOTE Services, Inc., as Owner *pro hac vice* of the S.S. "EL FARO"; and the S/S "EL FARO" hereby dismisses its claim in this action.

Respectfully submitted,

_____
Raymond John Rotella
Fla. Bar No. _____
Email: rrotella@kostoandrotella.com

Kosto & Rotella, PA
619 E Washington St
PO Box 113
Orlando, FL 32802-0113
Telephone: 407/425-3456
Fax: 407/423-5498

CASE NO. 15-cv-01297

## CERTIFICATE OF SERVICE

I hereby certify that on ~~January~~ May 2nd, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all attorneys of record in this case.

_____
Raymond John Rotella

4816-6010-2956, v. 1