UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

In the Matter of the Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as owner; and TOTE Services, Inc., as Owner *pro hac vice* of the *S.S. El Faro* for Exoneration from or Limitation of Liability

_____/

Case No. 3:15-cv-1297-HES-MCR

**FOURTH NOTICE OF SETTLEMENT**
**OF SEA STAR LINE, LLC AND TOTE SERVICES, INC.**

Petitioners, Tote Maritime Puerto Rico, LLC f/k/a Sea Star Line, LLC and TOTE Services, Inc. ("Petitioners") hereby notify the Court pursuant to Local Rule 3.08 that they have settled 21 of the 33 wrongful death claims. The Petitioners have settled the following claims and state:

1. On January 22, 2016, Petitioners filed a Notice of Settlement (Docket No. 152) reporting that Petitioners had settled wrongful death claims with ten (10) of the Personal Representatives of the Estates of deceased crewmembers of the EL FARO ("First Notice of Settlement").

2. On March 1, 2016, Petitioners filed a Second Notice of Settlement (Docket No. 258) reporting that Petitioners had settled wrongful death claims with four (4) of the Personal Representatives of the Estates of deceased crewmembers of the EL FARO ("Second Notice of Settlement").

3. On April 13, 2016, Petitioners filed a Third Notice of Settlement (Docket No. 322) reporting that Petitioners had settled wrongful death claims with four (4) of the Personal

Representatives of the Estates of deceased crewmembers of the EL FARO ("Third Notice of Settlement").

4. Petitioners now file this Fourth Notice of Settlement reporting on their settlements with the Estates of the following death claims. This Fourth Notice of Settlement is WITHOUT PREJUDICE TO PETITIONERS' RIGHTS IN THE ABOVE CAPTIONED EXONERATION/LIMITATION PROCEEDING AGAINST CLAIMANTS OTHER THAN THOSE SPECIFIED IN THE FIRST, SECOND AND THIRD NOTICES OF SETTLEMENT AND THOSE SPECIFIED BELOW, AND WITHOUT PREJUDICE TO PETITIONERS' RIGHTS TO SEEK AN APPROPRIATE CREDIT AGAINST THE LIMITATION FUND IN THIS ACTION FOR SETTLEMENTS WITH THE CLAIMANTS SPECIFIED IN THE FIRST, SECOND AND THIRD NOTICES OF SETTLEMENT AND THOSE CLAIMANTS SPECIFIED BELOW:

    a. **Rochelle Hamm, as Personal Representative of the Estate of Frank Hamm, III, deceased**, has reached a full and final settlement of all claims filed in this action (Docket No. 221) in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages plus an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

    b. **Marlena Porter, as Personal Representative of the Estate of James Phillip Porter, Jr., deceased**, has reached a full and final settlement of all claims filed in this action (Docket No. 222), in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages plus an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

    c. **Alexis Parker, as Personal Representative of the Estate of Roosevelt

Case 3:15-cv-01297-HES-MCR   Document 380   Filed 05/31/16   Page 3 of 4 PageID 3717

Case No. 3:15-cv-1297-HES-MCR

**Lazarra Clark, deceased**, has reached a full and final settlement of all claims filed in this action (Docket No. 220), in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) for all non-pecuniary (pre-death pain and suffering) damages plus an agreed upon amount for pecuniary (economic losses) damages covering the Estate's full economic loss.

     3.    Further details of the foregoing settlements will be provided to the Court when Petitioners seek an appropriate credit for their settlements against the Limitation Fund in this action.

Respectfully Submitted,

/s/ Jerry D. Hamilton                                      /s/ George D. Gabel, Jr.

| | |
|---|---|
| **JERRY D. HAMILTON**<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>**ROBERT B. BIRTHISEL**<br>Florida Bar Number: 906654<br>rbirthisel@hamiltonmillerlaw.com<br>**WILLIAM F. CLAIR**<br>Florida Bar Number: 693741<br>wclair@hamiltonmillerlaw.com<br>**KARINA M. CERDA COLLAZO**<br>Florida Bar Number 0626775<br>kcerda@hamiltonmillerlaw.com<br>**JULES V. MASSEE**<br>Florida Bar Number: 0041554<br>jmassee@hamiltonmillerlaw.com<br>**MICHAEL J. DONO**<br>Florida Bar Number: 0576492<br>mdono@hamiltonmillerlaw.com<br>**HAMILTON, MILLER & BIRTHISEL, LLP**<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: 305-379-3686<br>Facsimile:  305-379-3690 | **GEORGE D. GABEL, JR.**<br>Florida Bar No. 27220<br>George.gabel@hklaw.com<br>**HOLLAND & KNIGHT, LLP**<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32202<br>Telephone: (904) 353-2000<br>Facsimile: (904) 358-1872 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a copy of the foregoing has been furnished to all counsel of record via the CM/ECF system on this 31st day of May, 2016.

/s/ Jerry D. Hamilton
Jerry D. Hamilton, Esq.