UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

In the Matter of The Complaint

of

Sea Star Line, LLC, d/b/a TOTE Maritime
Puerto Rico, as Owners; and TOTE Services,
Inc., as Owner *pro hac vice* of the S.S. EL FARO
for Exoneration from or Limitation of Liability

Case No. 3:15-cv-1297-HES-MCR

## ORDER

Before the Court is Claimant Katie Griffin's "Motion to be Excused from Case Management Conference" (Doc. 427, filed July 20, 2016). Upon due consideration, it is hereby **ORDERED**:

1. Claimant Katie Griffin's "Motion to be Excused from Case Management Conference" (Doc. 427, filed July 20, 2016) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of July, 2016.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

On behalf of: **HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

**Copies to:**

Chester Hooper, Esq.
George D. Gabel, Jr., Esq.
Jennifer L. Kifer, Esq.
Jerry Dean Hamilton, Esq.
Lawrence Joseph Hamilton, II, Esq.
Michael A. DeIulis, Esq.
Suzanne M. Judas, Esq.
Michael M. Gropper, Esq.
Timothy J. Conner, Esq.
Vincent J. Foley, Esq.
Allan R. Kelley, Esq.
Karina Mabel Cerda-Collazo, Esq.
Cory D. Itkin, Esq.
Jason A. Itkin, Esq.
Michael P. Hamaway, Esq.
Thomas Albert Boyd, Jr., Esq.
Allen K. Von Spiegelfeld, Esq.
Joseph Frank Rich, Esq.
G.J. Rod Sullivan, Jr., Esq.
David L. Mazaroli, Esq.
William E. Cassidy, Esq.
Lawrence C. Glynn, Esq.
Martin Hayes Sitler, Esq.
Brian T. Scarry, Esq.
Thomas M. Eagan, Esq.
Paul Anthony Giordano, Esq.
Catherine Popham Decunto, Esq.
Matthew Edward Auger, Esq.
Stephen H. Durant, Esq.
Jason Robert Margulies, Esq.
Lawrence J. Roberts, Esq.
John H. Hickey, Esq.
Brett Douglas Sager, Esq.
Thomas K. Equels, Esq.
Judson H. Orrick, Esq.
Stephen J. Pajcic, Esq.
Thomas Fitzpatrick Slater, Esq.
Benjamin Edward Richard, Esq.
Michael Sather Pajcic, Esq.
Lloyd Johnson Sarber, III, Esq.
Daniel O. Rose, Esq.
Robert F. Spohrer, Esq.
Ralph Joseph Mellusi, Esq.
Raymond John Rotella, Esq.
David T. Maloof, Esq.

Patricia M. O'Neill, Esq.
Elizabeth P. Kagan, Esq.
Scott A. Wagner, Esq.
Lindsey C. Brock, III, Esq.
Marlin Kareem Green, Esq.
Willie Edward Gary, Esq.
Christoph M. Wahner, Esq.
Marc Alan Rubin, Esq.
Matthew D. Shaffer, Esq.
Jacob J. Munch, Esq.
Dennis Michael Campbell, Esq.
Michelle F. Zaltsberg, Esq.
Brian Mark Pederson, Esq.
Linda Marie Hester, Esq.
Wade Douglas Childs, Esq.
Christopher Charles Hazelip, Esq.
Robert E. Warren, Esq.
James F. Sweeney, Esq.
Robert A. Craven, Esq.
Mark A. Boyle, Sr., Esq.
Justin M. Thomas, Esq.
Mitchel E. Woodlief, Esq.
Daniel W. Matlow, Esq.
David Alexander Villarreal, Esq.
Richard E. Berman, Esq.
William R. Bennett, III, Esq.
Martin F. Casey, Esq.
Christopher E. Cotter, Esq.
Ronald J. Cullenberg, Esq.
Michelle Bedoya Barnett, Esq.
Craig Liszt, Esq.
David Harlen Sump, Esq.
Stephanie S. Penninger, Esq.
Robert W. Phelan, Esq.
Carole A.R. Rouffet, Esq.
Joseph W. Janssen, III, Esq.
Michael W. Leonard, Esq.
David Y. Loh, Esq.
Nathan T. Williams, Esq.
Gustavo Adolfo Martinez-Tristani, Esq.
Raul J. Chacon, Jr., Esq.
Joseph A. Parrish, Jr, Esq.
Ben Bireley, Esq.
Deborah R. Reid, Esq.
Ruben Aquino, *pro se*