UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Sea Star Line, LLC, d/b/a TOTE Maritime Puerto Rico, as Owners; and TOTE Services, Inc., as Owner *pro hac vice* of the S.S. EL FARO for Exoneration from or Limitation of Liability | Case No. 3:15-cv-1297-HES-MCR |

## ORDER

Before this Court is Claimant Valma Champa's "Motion for Extension of Time for the Reinstated Mediation Deadline" (Dkt. 534, filed Dec. 6, 2016), and Petitioners' Response in opposition thereto (Dkt. 535, filed Dec. 8, 2016). In her motion, Claimant requests the Court extend the December 15, 2016 mediation deadline to March 31, 2017.

Accordingly, it is hereby **ORDERED**:

Valma Champa's "Motion for Extension of Time Deadline for the Reinstated Mediation Deadline" (Dkt. 534, filed Dec. 6, 2016) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _9th_ day of December, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**

Chester Hooper, Esq.
George D. Gabel, Jr., Esq.
Jennifer L. Kifer, Esq.
Jerry Dean Hamilton, Esq.
Lawrence Joseph Hamilton, II, Esq.
Michael A. Delulis, Esq.
Suzanne M. Judas, Esq.
Michael M. Gropper, Esq.
Timothy J. Conner, Esq.
Vincent J. Foley, Esq.
Allan R. Kelley, Esq.
Karina Mabel Cerda-Collazo, Esq.
Cory D. Itkin, Esq.
Jason A. Itkin, Esq.
Michael P. Hamaway, Esq.
Thomas Albert Boyd, Jr., Esq.
Allen K. Von Spiegelfeld, Esq.
Joseph Frank Rich, Esq.
G.J. Rod Sullivan, Jr., Esq.
David L. Mazaroli, Esq.
William E. Cassidy, Esq.
Lawrence C. Glynn, Esq.
Martin Hayes Sitler, Esq.
Brian T. Scarry, Esq.
Thomas M. Eagan, Esq.
Paul Anthony Giordano, Esq.
Catherine Popham Decunto, Esq.
Matthew Edward Auger, Esq.
Stephen H. Durant, Esq.
Jason Robert Margulies, Esq.
Lawrence J. Roberts, Esq.
John H. Hickey, Esq.
Brett Douglas Sager, Esq.
Thomas K. Equels, Esq.
Judson H. Orrick, Esq.
Stephen J. Pajcic, Esq.
Thomas Fitzpatrick Slater, Esq.
Benjamin Edward Richard, Esq.
Michael Sather Pajcic, Esq.
Daniel O. Rose, Esq.
Robert F. Spohrer, Esq.
Ralph Joseph Mellusi, Esq.
Raymond John Rotella, Esq.
David T. Maloof, Esq.
Elizabeth P. Kagan, Esq.

Scott A. Wagner, Esq.
Lindsey C. Brock, III, Esq.
Marlin Kareem Green, Esq.
Willie Edward Gary, Esq.
Christoph M. Wahner, Esq.
Marc Alan Rubin, Esq.
Matthew D. Shaffer, Esq.
Jacob J. Munch, Esq.
Dennis Michael Campbell, Esq.
Brian Mark Pederson, Esq.
Linda Marie Hester, Esq.
Wade Douglas Childs, Esq.
Christopher Charles Hazelip, Esq.
Robert E. Warren, Esq.
James F. Sweeney, Esq.
Robert A. Craven, Esq.
Mark A. Boyle, Sr., Esq.
Justin M. Thomas, Esq.
Mitchel E. Woodlief, Esq.
Daniel W. Matlow, Esq.
David Alexander Villarreal, Esq.
Richard E. Berman, Esq.
William R. Bennett, III, Esq.
Martin F. Casey, Esq.
Christopher E. Cotter, Esq.
Ronald J. Cullenberg, Esq.
Michelle Bedoya Barnett, Esq.
Craig Liszt, Esq.
David Harlen Sump, Esq.
Stephanie S. Penninger, Esq.
Robert W. Phelan, Esq.
Carole A.R. Rouffet, Esq.
Joseph W. Janssen, III, Esq.
Michael W. Leonard, Esq.
David Y. Loh, Esq.
Nathan T. Williams, Esq.
Gustavo Adolfo Martinez-Tristani, Esq.
Raul J. Chacon, Jr., Esq.
Joseph A. Parrish, Jr, Esq.
Ben Bireley, Esq.
Ruben Aquino, *pro se*
C. Ryan Eslinger, Esq.
William S. Burns, Esq.
Andrew W. Anderson, Esq.
Sarah Lobel, Esq.